RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 0 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

MACEO WILLIAMS,

        Plaintiff(s),

        v.

STATE OF MISSOURI,
STATE OF FLORIDA,
FEDERAL BUREAU OF INVESTIGATION
CENTRAL INTELLIGENCE AGENCY,
NATIONAL SECURITY AGENCY,
CHARLES MCKENZIE,
ERIC SCHMITT,
JOHN DOE
JANE DOE

        Defendant(s).

Case:

**1:23-CV-4821**

**<u>EMERGENCY COMPLAINT</u>**

# EMERGENCY PETITION

Writ for Mandamus and Prohibition

*Plaintiff Jury is Demanded* Pursuant to United States Constitution Amendment Seven, per the Jury Demanded Check box the plaintiff checked in the Civil Cover Sheet at the commencement of this action:

> *"In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved."*

**Re: Federal Question** – *Excess of Jurisdiction*, *Clear absence of all Jurisdiction*, and its Deprivation of Civil and Constitutional Rights in multiple States by defendants. Unlawful Search and Seizure, US Constitution Article 1, Section 8, Subsection 8, and Judicial Review of Engel v. Vitale 370, US, 421 (1962) among others; Treaty Law.

## PRELIMINARY STATEMENT

This instant case, is the leading case to 1:23-Civ- 01457-VMC, which is in appeals court for violations of due process for a plaintiff jury trial, as in the case docket sheet checkbox for the case 1:23-Civ- 01457-VMC. Therefore plaintiff seeks to consolidate both case due to this emergency writ. The plaintiff is seeking a motion comes before the Northern District of Georgia Courts as a case at law, and a bill in equity, pursuant to the maximums and principles that "Equity will not suffer a wrong to be without a remedy" That substantial rights has been violated.

The plaintiff reserves all previleges, rights, immunities, powers, pursuant to the Constitution of America Amendment 10 last clause, and Fourteenth Amendment, Section 1, Fourth Clause;

At law, and at Equity, the Plaintiff(s) seek(s) exemplary damages, punitive damages, compensatory damages, or restitution, treble the AMOUNT OF DAMAGES and EQUITABLE Relief, such as injunctive relief against the defendants, pursuant to remedies at law, and remedies

at equity. Hence, after embarking on a love and forgiveness journey, and submitting multiple apologies, has not been well received. Now i feel endangered, which is in violation of *Article III of the Constitution of United States of America, Section I, "The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour" pursuant to Archie v. Lanier, 95 F.3d 438, 441 (6th Cir. 1996).*

*Dates and time frames for specific incidents and citation would have to be found in a process of discovery, because either the server or phone to the plaintiff emails are hacked from gathering information required for this petition. May also elements and supplemental pleading be added to this complaint.*

*To receive substantive Justice of Substantive Rights being violated, and threats to the Plaintiff Maceo Williams, revoke all Missouri, and Federal government employees Trustees in the State of Missouri Western District Court exclusively over Maceo Williams estate and Trust. The Plaintiff sister Chantrell Cofield has agreed to administer all trust and estate on behalf of the plaintiff.*

**This also comes as an emergency due to on 10/19/2023, the plaintiff Honda vehicle was hacked with 6 passagers inside, all African American, and the brakes would not stop. And the only thing that stop the issue was resetting the computer, a cyber security issue. I'm so forced, by remote neural monitoring to put this in the docket prematurely, the plaintiff is is told that its on behalf of Charles Mckenzie, by either the CIA or NSA. This petition will have to be amended pursuant to FRCP as matter of**

## PRO SE STANDARDS

Plaintiff, hereby and through, acting pro se, is subjected to technicalities, and liberally construed standards.

Therefore, the defendants cannot prevail on their motion *"... unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Conley v. Gibson, 355 U.S. 41, 45-46, 78 S. Ct. 99, 102, 2 L. Ed. 2d 80 (1957).* Applying this standard, this Court must accept the allegations of the Complaint as true. *Square D Co. v. Niagara \*993 Frontier Tariff Bureau, 476 U.S. 409, 411, 106 S. Ct. 1922, 1924, 90 L. Ed. 2d 413 (1986). See also...See Platsky v. Central Intelligence Agency, 953 F.2d 26, 28 (2d Cir. 1991) (district courts must construe pro se Complaints liberally).*

*Claims lunder § 1983 or § 1985, applying the very liberal standards delineated in Haines v. Kerner, 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972) and Conley v. Gibson, 355 U.S. 41, 45-46, 78 S. Ct. 99, 101-02, 2 L. Ed. 2d 80 (1957). See also...Erickson v. Pardus, 551 U.S. 89, 94 (2007), and Iqbal, 556 U.S. at 678–79, see also that Hughes v. Lott, 350 F.3d 1157, 1159-60 (11th Cir. 2003). Pro se pleadings are construed liberally, and we hold them "to a less stringent standard than pleadings drafted by attorneys."*

EQUITY LOOKS TO THE INTENT RATHER THAN TO THE FORM

# JURISDICTION

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1),(2), (3), and (4)in that this is a civil action between citizens of Missouri, and State of Missouri, a foreign state as defined in 28 U.S.C. § 1603(a), and citizens of , and the amount in controversy exceeds $75,000, with the diversity of citizenship, pursuant to United States Constitution Article III, Section 2, Clause 1:

*"The Judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction; to Controversies to which the United States shall be a Party;—to Controversies between two or more States; between a State and Citizens of another State, between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects."*

In addition, this Court has Jurisdiction Pursuant to the supremacy clause of the United States Constitution Article VI, paragraph 2:

*"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."*

*Article III, Section II, Fourth Clause, "the supreme Court shall have original Jurisdiction."*

The plaintiff therefore for this Jurisdiction of the Northern District of Georgia adopts the Missouri, Floridia, and Georgia Constitution in part, not whole, due to diversity of citizenship, and violation of rights, primarily here in State of Georgia, notwithstanding and incidents that had caused medical injuries, to patent infringement, Entrapment, to total disregard for the truth.

Pursuant to Florida Constitution Article 1 SECTION 12 Searches and seizures, last clause, the plantiff adopts the Florida Constitution, based on the fact that it subjects it Constitution to the United States Surpreme Court Jurisdiction, as follows -

*"This right shall be construed in conformity with the 4th Amendment to the United States Constitution, as interpreted by the United States Supreme Court."* ... and that the Constitution of the United States Supremacy Clause last clause states, that

*"any Thing in the Constitution or Laws of any State to the Contrary notwithstanding"* has subject the Florida Constitution to the Jurisdiction of the United States Constitution and this Jurisdiction for Northern District Court of Georgia (Atlanta).

**_Hence, thee_** plaintiff adopts the Missouri Constitution Article 1Section 4. Clause **_"That Missouri is a free and independent state, subject only to the Constitution of the United States;"_**

This Missouri last clause is a clause subjecting its Missouri Constitution to the United States Constitution Jurisdiction, and for this Jurisdiction of the Northern District Court of Georgia (Atlanta), is subject to the United States Constitution Supremacy last Clause *"any Thing in the Constitution or Laws of any State to the Contrary notwithstanding"* for this case.

Plaintiff adopts: Subject Matter Jurisdiction

- United Nations Treaty of Human Rights, in whole, for this Jurisdiction
- Convention On The Prevention and Punishment of the Crime of Genocide
- International Covenants on Economic Social and Cultural Rights Treaty

*Pursuant to the Constitution of the United States of America, Article VI, paragraph II, first clause: "and all Treaties made, or which shall be made, under the Authority of the United States."*

**VENUE**

Venue is proper in this district under 28 U.S.C. § 1391(b)(1), in that DEFENDANT(s) resides in STATE MISSOURI, STATE OF FLORDIA, WASHINGTON D.C. **OR** 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this district of the Northern District of Georgia. The State of Missouri, State of Florida, and Washington D.C., in that DEFENDANTS is subject to personal jurisdiction in this Northern District of Georgia whereas majority of events has occurred.

## PARTIES

PLAINTIFF Maceo Williams is an individual who resides in the county of Gwinnett County Georgia, 3268 Woodrock Lane, Snellville Ga. 30078 Plaintiff is a citizen of the State of Georgia and its Constitution in its entirety.

Defendants:

STATE OF MISSOURI,
STATE OF FLORIDA,
FEDERAL BUREAU OF INVESTIGATION
CENTRAL INTELLIGENCE AGENCY,
NATIONAL SECURITY AGENCY,
CHARLES MCKENZIE,
ERIC SCHMITT,
JOHN DOE
JANE DOE

### FACTS ABOUT PARTIES

Upon information and belief, DEFENDANTS are an individual, and government entity who resides in Kansas City, Jackson County Missouri, the State of Florida, District of Columbia, and State of Virginia. Upon information and belief, defendant Charles McKenzie, Brian C Wims Jr and is a citizen for the State of Missouri.

Upon information and belief, DEFENDANT is a corporation and or government entity that is operating from the territory of Washington D.C., Kansas City, Jackson County Missouri, the State of Florida, District of Columbia, and State of Virginia and has its principal place of operations in the State of Virginia, city of Langley.

1) **Defendant Charles McKenzie is operating in his individual capacity in Clear Absent of his Jurisdiction, as a pass through agent of the FBI, CIA, across state lines. And is a instrumentality of both himself as an individual, the State of Missouri, the FBI,**
2) **Brian C Wims Jr is operating in his individual capacity in Clear Absent of his Jurisdiction, as a pass through agent of the FBI, CIA, across state lines. And is a instrumentality of both himself as an individual, the State of Missouri, the FBI, CIA**
3) **Eric Schmitt is operating in his individual capacity in excess of his Jurisdiction, as a pass through agent of the FBI, CIA, across state lines. And is a instrumentality of both himself, the State of Missouri, the FBI, CIA**
4) CENTRAL INTELLIGENCE AGENCY

# FACTS OF PROCEDUARL BACKGROUND

SHORT AND PLAIN STATEMENT

PLEASE SEE ATTACHMENT

PLAINTIFFS' CLAIMS: *Plaintiff request from the courts to coordinate from the claims and the short and plain statement in citation and evidence in all attachments*

Attached hereto as Exhibit is a true and correct copy of support.

---

## ACTUAL DAMAGES TO THE PLAINTIFF:

1) Over $150,000 in cash/ 22% equity in Best Refinishers LLC

2) $36 Million In Contracts / 20% equity Conglomerate Partnership of several Businesses

3) $499,986.35 Moss and Burnett Account # 1005641515 In legal documents stolen from CyberSecuity Hack traced to Jackson County Courthouse, Plaintiff is the owner of these documents, and was copied during the hack at 3268 woodrock lane, Snellville Ga 30078, through private government sponsored enterprises, found on harddrives stolen. They called themselves the "SYSTEM".

4) Business Private Equity Software, Call Center Software and more

5) Personal Property, cell phones, hard drives

6) 5,000 page religious prophetic/cultural/intellectual, landmarking book, Its The Holy Grail of Jesus Christ (priceless), compared to JK Rowling billion dollar book, this is in the trillions, plus religious Dagger, called Sword of Truth, religious prayer cloth, Zodiac Watch from Swissland, Engraving Machine, PURSUANT TO FRCP 15(a)(1), Rule 15(c)(1)(B), Rule 15(c)(1)(C)(ii), AND RULE 15(D)
*"Amending as a Matter of Course"*

7) The Plaintiff soul/was taken, (priceless) , through the abuse of government, eternal is indefinite in time

8) Unlawful search and seizure of ones memory, to be placed and edited in the defendants based on information in his book

---

PLAINTIFFS' CLAIMS: *Plaintiff request from the courts to coordinate from the claims and the short and plain statment in citation and evidence in all attachments*

Attached hereto as Exhibit is a true and correct copy of support.

# COUNT ONE

## Violation of Exclusive Right

Pursuant to United Constitution Article I, Section 8, Clause 8:

*The Congress shall have Power . . . To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the <u>exclusive Right to their respective Writings and Discoveries</u>*

VIOLATION

And

## International Covenant on Economic, Social and Cultural Rights

*Pursuant to Article 1...All peoples have the right of self-determination, including the right to determine their political status and freely pursue their economic, social and cultural development.*

*Pursuant to Article 5....No person, group or government has the right to destroy any of these rights.*

*Pursuant to Article 15...Everyone has the right to take part in cultural life; enjoy the benefits of scientific progress.*

<u>As against defendants: **Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA, STATE OF MISSOURI.**</u>

Then Patent Application **#62786339 and Application Number #62788152**

**Plainfiff Book, Diggar, One prayer cloth,**

This book is a religious book, intellectual property book, and a book about the plaintiff calling from his Jewish God as a prophet. This book was stolen on 12/03/2023 at around 6am in the moring by government operation. This has left the plaintiff in deprivation since this date his rights for about 10 months to *date.*

This Book is a Book of Mysticism, of God, the Father, calling Maceo Williams from a cell phone to answer his calling in life inside a dream vision. And secrets that was given to him by the father in his dreams. It is a 5,000 page book and is priceless because of its uniqueness on the plaintiff research and study for over 9 years from the guidance of his ancestors. It is a book of the Holy Grail. That no price or monetary value can be placed upon, because its landmark of discovery of the parallel universe and life after leaving earth, and the discovery of finding Jesus Christ, Moses, Jacob, and its scientific research.

Then Patent Application **#62786339 and Application Number #62788152**

**for Maceo Williams under the Patent and Trademark office, was also taken by the defendants Charles McKenzie, Brian c Wims Jr, and specifically Eric Schmitt through racism at Capital Vacations Employment Group LLC. In which Maceo Williams had several conversations with Eric Schmitt through emails maceowilliamstrust@gmail.com, impersonating the Clerk of the Court.**

## COUNT TWO

### Violation of Entitled Privileges and Immunities as a Citizen of the United States of America Right

Article IV, Section 2, Clause 1:

*"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States…"*

<u>As against defendants **Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**</u>

[PLAINTIFF(S)] repeat(s) and realleges(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

# COUNT THREE

## Violation of United States Constitution

And

## Violation of Florida Constitution

Article 1, SECTION 23.   **Right of privacy.**—Every natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein. This section shall not be construed to limit the public's right of access to public records and meetings as provided by law.

**As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

Defendants used Drones, UMAV,USAV, an unmanned aircraft to carry out unlawful search and seizure and steal property of the Plaintiff, specifically to perform theft of religious property,  with the intent to injure the plaintiff, and violate privacy rights for sexual misconduct that caused a case with Loving v Virginia in racially motivated to separate a personal relationship

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

## COUNT FOUR

### Violation of Fourteenth Amendment

### by Foreign State of Missouri

*Section 1.*

*"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; "nor shall any State deprive" any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws..."*

**As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

## COUNT SIX

### Failure to Intervene

**As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

**The FBI, CIA, State of Missouri, would specifically failure to intervene to stop the egregious behavior of the FBI against the Plaintiff that has caused injury for close to three years, ripe to date.**

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein. That the CIA failed to intervene in the corruption, and egrionious behavior of the FBI, and even the FBI kansas City branch failed to intervene in the deprivation of substantial rights of the plaintiff.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

## COUNT SEVEN

## INTENTIONAL DEPRIVATION OF ANY RIGHT

*"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress..."*

[PLAINTIFF(S)] repeat(s) and realleges(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

## As against [DEFENDANTS AGAINST WHOM CAUSE OF ACTION IS ALLEGED]]

[PLAINTIFF(S)] repeat(s) and realleges(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] **OR** plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

# COUNT NINE

## Pursuant to 42 USC 1984, 1985

### 1985. Conspiracy to interfere with civil rights

As against defendants **Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] **OR** plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

# COUNT TEN

## VIOLATION OF HUMAN RIGHTS

Pursuant to Article 18, Pursuant to 42 USC 1983, Violation of First Amendment of US Constitution, Violation of Georgia constitution Article I, section I, paragrph III freedom of Consciousness as a Right.

**As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

Brian C Wims Jr, had stolen a black female soul that was at the Salvation Army with me, who was an informate, and was getting sick from the exact same thing as the plaintiff, of a cancer, and Even a whole church, and Jewish Synagogue would complain about the exact same issues at WWIB only a spiritual relationship, but she did tell me that because of the news given to her, that she needs to start praying for me. Then the Amanda Sisk was racially motivated however, a situation that happened later at Budgetel room 211 in my private room, an additional violation of privacy rights alongside the religious infiltration of my life. The defendants took my spiritual heart, which was a bright white light, standing for the Angelic Eye to see Angels as a prophet, which is grated to you in the kabbala, the Jewish faith. And this unman vehicle follows me everywhere to ensure the plaintiff soul is damned to satan against his will. A human rights violation, that is forcing another religion upon the plaintiff. The FBI told me in remote viewing that the Judge wanted my soul, which is your heart. And in Budget room 211 is when the defendants took the plantiff soul through the force of satanism. In my book, it describes my soul turning into a ball of white light.Thats why the UAV constantly targets my heart with that telemetry, or laser beam. Then they removed my consciousness and swapped with Jason with Hemi-Sync tapes. Then they swapped my spirtual blood line with the Judge Eternity, because spiritually my blood line went back to Abraham and Hashem. Eternality is a long time.

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] **OR** plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT ELEVEN

### Violation of First Amendment of the United States Constitution

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the 'right' of the people peaceably to assemble, and to petition the Government for a redress of grievances..."*

And

### Violation of Florida Constitution

Article I No revenue of the state or any political subdivision or agency thereof shall ever be taken from the public treasury directly or indirectly in aid of any church, sect, or religious denomination or in aid of any sectarian institution.

### Anti-Semitism

The above defendants has targeted the plaintiff with pure hate, and antisemitism forcing a change in prophetism, and through CIA tactics that seems to be delegated to the FBI to force my God to

become Satan, against my religious belief. They have stopped me from praying to Jesus Christ and Hashem, Adoni within my jewish faith

# Violation of United Nations Human Rights
## Article 13
**1. Everyone has the right to freedom of movement and residence within the borders of each State.**

**2. Everyone has the right to leave any country, including his own, and to return to his country.**

## As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI

God the Father of Jesus Christ of Nazareth, gave Maceo Williams a prophecy that the Mark of the Best was alive in this generation, in his book, and that he left for Florida to leave and fight, and was obstructed by the defendants because of his religious calling according to his Jewish faith to leave the country.

And purchased a plane ticket to Dominican Republic, **but was obstruted even in this docket. And was why his soul was so desired the defendants. Because in my book it stated my blood line was of that much importance.**

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein. That the defendants went after the plaintiff in the State of Florida to stop the plaintiff from his free right of movement within his own country and to the Dominican Republic in which he had an airplane ticket purchased for

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] **OR** plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## IN VIOLATION OF EQUAL PROTECTION RIGHT

### AND

### DUE PROCESS OF LIFE AND LIBERTY

### Pursuant to Loving v Virginia

### As against defendants **Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein. The defendants, the FBI, as a pass through agents for yhe CIA, Eric Smitt, Charles McKenzie and Brian C Wims Jr, destroyed the plaintiff memory of any white female, for the intent to deprive the plaintiff the right of procreation of life, and the liberty to choose his own mate, or Marriage. This was also identical to the Amanda Sisk situation in which the defendants would use white women, in abuse thereof, and cause a specific race of women to either beome Confidential Informants with the intent to deprive one of his right to have children for the right to life. Even when meeting new people to date, in a romantic relationship, any new female the plaintiff met, on the grounds of race. And deprivation of rights, of the plaintiff, they would all be forced into Confidential Informants. The defendants went inside of Maceo Williams Facebook account to reach out only white females to disclose private information about the plaintiff to destroy positive relationships with a specific race of people. And even used the radiation beam from the unmanned vehicle on the plaintiff penis and testicles due to extreme racism. In violation of procreation of life secured by the constitution.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT ELEVEN

## R.IC.O

## (Individual Capacity)

### As against defendants **Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

**The defendants, the FBI, Charles McKenzie, Brian C Wims Jr and Eric Schmitt, would infiltrate specific organizations with corruption to injury and deprive the plaintiff of his rights, Both within the State of Missouri and into different states including Best Refinishers LLC, Capital Vacations LLC, Capital Vacations Employment Group, Norita Investments and Associates LLC, Gwinnett County Government, Fulton County Government, and even Broward Sherriff Department that had the plaintiff injured.**

**Intellectual Pro**[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

**Pass through** Agents, and Government sponsored entities was used in Racketeering to corrupt and infiltrate organizations both private and governmental.

## COUNT TWELVE

### VIOLATION OF BIVENS

Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, <u>403 U.S. 388</u> (1971)

**As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA NSA, STATE OF FLORIA, MISSOURI**

[PLAINTIFF(S)] repeat(s) and reallege (s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT THIRTTEEN

### Intentional Emotional Distress

As against defendants **Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA**

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT FOURTEEN

### Civil Obstruction of Justice
### Pursuant to 42 USC 1985 (2), (3), and 18 USC 242

Conspiracy to interfere with civil right

*"(2)OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR*
*If two or more persons in any State or Territory conspire to deter, by force, intimidation, or*
*threat, any party or witness in any court of the United States from attending such court, or from*
*testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or*
*witness in his person or property on account of his having so attended or testified..."*

## As against defendants **Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA, State of Missouri, State of Flordia**

Plaintiff adopts and cites, exclusively, and in whole, all the evidence in cases listed below. All cases was caused by an Obstruction of Justice, to unlawfully create a multiplicity of lawsuits unjustly to deprive the plaintiff of his rights.

1) Maceo Williams vs Malcolm Malone Case cited # 2116-cv19352,

2) Maceo Williams vs Capital Vacations Employment Group Case cited # 22-A-08943-8

3) Maceo Williams vs Eric Schmitt

5) Gwinnett County Police Report # GP220086068 Capital Vacations

6) Gwinnett County Police # PD231630534

7) Broward Sheriff Case #9547644357.   Report 03-2302-002966 dated 02-27-2023 Ft Lauderdale Airport incident.

8) Police Report # 230891897 Fulton County Police- Salvation Army

9) Gwinnett County # PD232660252

10) Snellville Police Report # 2023-057202

11) Sandy Springs Police Report # 2023264820

12) Gwinnett County police #

13) Gwinnett County police #GP220098465

14) Gladstone Police Report #2201501

15) 8 Cir US Appeals case #23-1015

Charles McKenzie ordered the Plaintiff to be arrested at Budgetel case # to prevent the business partnership of Norita Investments and Associates LLC from signage and when trying to report stolen property and religious material stolen from the privacy of my room 211, address

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT FIFTHTEEN

### Freedom of Information Act
### And
Violation of Florida Constitution

Article I **SECTION 24.    Access to public records and meetings.—**

(a)  Every person has the right to inspect or copy any public record made or received in connection with the official business of any public body, officer, or employee of the state, or persons acting on their behalf, except with respect to records exempted pursuant to this section or specifically made confidential by this Constitution. This section specifically includes the legislative, executive, and judicial branches of government and each agency or department created thereunder; counties, municipalities, and districts; and each constitutional officer, board, and commission, or entity created pursuant to law or this Constitution.

As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA

[PLAINTIFF(S)] repeat(s) and realleges(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].


# COUNT SIXTEEN

## Total Disregard for the Truth

As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA

[PLAINTIFF(S)] repeat(s) and realleges(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

**Charles McKenzie has interfered in employment, ownership of businesses, personal, family (child kidnapping) to cause conflicts within the families.**

## COUNT SEVENTHTEEN

### Violation of Georgia Constitution

"Article One, Section One, Paragraph XXV. **Status of the citizen.** The social status of a citizen shall never be the subject of legislation."

<u>As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA</u>

**The defendants Charles Mckenzie, Brian C Wims Jr, and Eric Schmitt, The FBI from Kansas City Branch and the CIA has followed the plaintiff in Georgia with drones, specifically to force the plaintiff into a specific social status, and Charles Mckenzie, "a Missouri Judge" was brought up to Maceo Williams from Lisa Norita "Elizabeth" about his him not recieving his $150,000 in the case in Missouri, and how he never recieved because a judge shared this private information with her before the business was broken up. The defendant forces Maceo Williams into a specific religious , social**

**economic status by stealing and taking all of his property in violation of due process.**

<br>

## COUNT EIGHTEEN

### Violation of Florida Constitution

#### Article 1 SECTION 10.   Prohibited laws

No bill of attainder, ex post facto law or law impairing the obligation of contracts shall be passed

And

Violation of UN Human Rights

Article 12

No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks.

### As against defendants Charles McKenzie, and State of Flordia FBI, CIA, State of Missouri

With Norita Investments and Associates LLC Loss of social media fame, about THE Plaintiff placing the company partnership on the stock exchange, and good performed by Maceo Williams and the business. In Gwinnett County, at an Airbnb, the business partners are residents from Flordia, Lisa Norita "Elizabeth" who began to work for the State of Flordia and Charles Mckenzie, after the business was infiltrated by Charles Mckenzie and the defendants while the business partners was living together, and Lisa came to the plaintiff about Missouri Judge, and the plaintiff religious book, and something about a "soul snatcher". One week after the business was infiltrated, and information about the plaintiff private book was exposed to the the business partners. The business partners decided to confiscate propertyon behalf of the defendants, a religious machete, and private information back to State of Flordia, because the defendants used criminal information against her hunband to break up the business ppartnership.

[PLAINTIFF(S)] repeat(s) and realleges(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT EIGHTTEEN

## Intentional Deprivation of Civil Rights

### TITLE 18, U.S.C., SECTION 242

### As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA

From Investors based on racism, there is a conspiracy to stop African Americans from entering into this field and destroy my career in all aspects. Trying to minimize as just a salesperson, in inferiority. Im dealing with white supremecy

Pursuant to 18 USC Section 242, and VIOLATION OF HIPPA MEDICAL RECORDS RIGHTS Plaintiff the removal of all HIPPA related documents be quashed

Defendants crossed multiple jurisdictions, into different States to obtain medical records for the purposes of humiliation on racial grounds to support racism against the plaintiff with malice.

A public right to privacy, when plaintiff book and property was stolen , he immediately laid claim through a police report, which corrected, was not a Gwinnett County Judge following him, But a Missouri Judge, Honorable Charles McKenzie in the case being requested for removal.

# COUNT NINTHTEEN

## VIOLATION OF PUBLIC RIGHTS OF PRIVACY ACT 1974

Civil Remedies Against Government Organization and employees 5 USC 522(G)(1) and (B) *refuses to comply with an individual request under subsection (d)(1) of this section;*

D) fails to comply with any other provision of this section, or any rule promulgated there-

under, in such a way as to have an adverse effect on an individual *the individual may bring a civil action against the agency, and the district courts of the United States shall have jurisdiction in the matters under the provisions of this subsection.*

*(2)(A) In any suit brought under the provisions of subsection (g)(1)(A) of this section, the court may order the agency to amend the individual's record in accordance with his request or in such other way as the court may direct. In such a case the court shall determine the matter de novo.*

The court may assess against the United States reasonable attorney fees and other litigation costs *reasonable*

(4) In any suit brought under the provisions of subsection (g)(1)(C) or (D) of this section in which the court determines that the agency acted in a manner which was intentional or will-ful, the United States shall be liable to the individual in an amount equal to the sum of—

(A) actual damages sustained by the individual as a result of the refusal or failure, but

In no case shall a person entitled to recovery receive less than the sum of $1,000;

As against defendants: Brian C Wims Jr, Charles McKenzie, and Eric Schmitt, FBI, CIA, NSA, STATE OF MISSOURI, STATE OF FLORDIA

And by hacking the plaintiff phones, software hard drives, emails, is a direct violation to privacy both public and private rights. Plaintiff hotel rooms was invaded by the defendants, like Budgetel room 211, about stolen religious material, in violation of privacy rights as well

In addition, the plaintiff private book, a book of prophecy, describes his personal life, intellectual study of different cultures around the world, legal research, cultural intelligence, financial engineering, a "how-to" book that was dedicated to his family, and discusses his family and personal life, which has been a clear violation of his privacy rights.

In addition, the FBI and CIA embarked on a mission to use Artificial Intelligence to share my brain, intellectual property of private mind with Charles McKenzie, Brian C Wims Jr, Eric Schmitt, so they could think like the plaintiff do to his educational attainment in which he earned through hard work for over 15 years of study, as documented in his book that was taken

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT NINTHTEEN

Interference with Fair Housing

As against defendants Brian C Wims Jr, Charles McKenzie, and Eric Schmitt

## COUNT TWENTY-ONE

### Violation of **United Constitution**

**No title of Nobility**

[PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT TWEENTY-TWO

### VIOLATION OF CONVENTION ON THE PREVENTION AND THE PUNISHMENT OF THE CRIME OF GENOCIDE

### AGAINST AFRICAN AMERICAN JEWS

Pursuant to **Article II subsection (b)(d) and subsection**

**Article III subsection (b) and (d)**

Article IV , **VI, VIII, and Article VII first clause**

<u>As against defendants **John Doe, Charles McKenzie, and Eric Schmitt, FBI, CIA, STATE OF MISSOURI**</u>

The defendants conspired to commit genocide by or attempted to commit genocide by

**Brian C Wims Jr started going into Genocide of his own race after he disobeyed his own 8th Circuit Court order. And began to show racism towards the plaintiffs for being different than he was when it came to Gladstone Police Award to the plaintiff. Immediately he hacked the plaintiff new car the Toyata Corolla in the State of Georgia. And hired or Ordered the CIA And FBI to track the plaintiff in defrauding the US Government on false pretenses.**

**In Gwinnett County case 22-A-08943-8 the plaintiff brough up in motions what was going on, and ask that the information be adopted into this case.**

**The defendant frauded Maceo Williams pacer account in the Western District of federal courts, so the plaintiff could not file a writ to stop him, obstruting Justice.**

**In the Broward County case in Florida, he has attempted to force the plaintiff into a condition based on the practice of satanism against Jews, the plaintiff religious beliefs. Because the plaintiff was followed to the Airport based on religion. And Charles McKenzie and the Brian C Wims Jr, initated and took the plaintiff soulmate, a white female through satanism. And attack the Jewish community of Brittany Woods, a prophet as well of a congregation of about 500 to 800 people. And also the Catholic Church in Miami Florida where 35 petition signatures was secured because John Doe was transferring donations to another church body. The three defendants embarked on a mission to use Unmanned Vehicle (Drones) that shot laser beams at the Plaintiff penis and testicles, head and heart, everyday in the Month of October 2023**

PLAINTIFF(S)] repeat(s) and realleges(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

# COUNT TWEENTY-THREE

## VIOLATION OF EIGTH AMENDMENT OF US CONSTITUTION

AND

### Article 5

**No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.**

**Against defendants Charles McKenzie, Brian C Wims jr, Eric Schmitt and FBI**

The defendants Charles McKenzie would have photos and films taken of plaintiff in humiliation, in any degrading homeless, nude, or sexual way possible. At Capital Vacations, all the defendants jointly sponsored private employers at Capitol Vacation, william Wault, Jeff from Mokan home improvement to hack plaintiff phone in his personal residence in his room of him nude, and showed plaintiff photos of white females nude with saggy breast, and write on those photos degrading messages, such as "is this what you call a "trade secret". As if the person was inferior in a degrading way. The message was written diagonal on the right bottom side of the photo.

They follow the plaintiff with a drone to force him to forget incriminating evidence against the defendants to cover the situation up.

## COUNT TWEENTY-FOUR

### VIOLATION OF GEORGIA CONSITUTION

**Article I Paragraph V. Freedom of speech and of the press guaranteed. No law shall be passed to curtail or restrain the freedom of speech or of the press. Every person may speak, write, and publish sentiments on all subjects**

PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

## COUNT TWENTY-FIVE

### VIOLATION OF FINANCIAL PRIVACY

The plaintiff Navy Federal Credit Union was opened and closed, including other accounts with the intent to both entrap the plaintiff

PLAINTIFF(S)] repeat(s) and reallege(s) paragraphs 1 through [NUMBER OF IMMEDIATELY PRECEDING PARAGRAPH] hereof, as if fully set forth herein.

[RECITATION OF THE ELEMENTS OF THE CAUSE OF ACTION AND THE SUPPORTING FACTS.]

By reason of the foregoing, [defendant(s) is/are liable in the amount of [DOLLAR AMOUNT], plus [interest/attorneys' fees/costs] OR plaintiff(s) seek(s) [EQUITABLE OR OTHER RELIEF SOUGHT]].

# COUNT TEENTY - SIX

## VIOLATION of FALSE IMPRISONMENT

and

Excessive Force

Pursuant to 42 USC 1988, OCGA 51-7-20,

## VIOLATION OF FLORIDA CONSTITUTION

## RIGHT TO ETHICS IN GOVERNMENT

## CIVIL FALSE IMPRISONMENT CITED

PURSUSNT TO ARTICLE II

SECTION 8. Ethics in government.--A public office is a public trust. The people shall have the right to secure and sustain that trust against abuse. To assure this right:

SECTION 5. (b) Each state and county officer, before entering upon the duties of the office, shall give bond as required by law, and shall swear or affirm:

*"I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the state; and that I will well and faithfully perform the duties of (title of office) on which I am now about to enter. So help me God.".*

As Against Defendant Charles Mckenzie, the FBI,and CIA, and Eric Schmitt

That the defendants has created a pattern of false imprisonment and excessive force both in the STATE OF FLORDIA AND STATE OF GEORGIA, through corruption and racketeeriing.

VIOLATION

OF SEPERATION OF POWER OF UNITED CONTITUTION

Pursuant to United States v. Alvarez, <u>567 U.S. 709</u>

AND GEORGIA CONTITUTION ARTICLE II Paragraph VII. **Separation of church and state.** No money shall ever be taken from the public treasury, directly or indirectly, in aid of any church, sect, cult, or religious denomination or of any sectarian institution.

---

# DEMAMD

# FOR  THE IMPOSITION OF A REFEREE OR MASTER

## Pursuant To <u>FRCP 53</u> (B) (i) and (a)(1)(c)

*"address pretrial and post-trial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district."*

---

Plaintiff hereby petition for the appointment of a referee to examine the evidence and facts herein and report to this docket of the Northern District of Georgia Federal Court and provide to the plaintiff a full detail report of evidence on all counts independently to prevent further injustice against the plaintiff.

Henceforth see count fourteen

Proposed Order

**WHEREFORE,** Maceo Williams, plaintiff request(s) judgment as follows:

A.      On Count One, awarding exemplary damages in favor of [PLAINTIFF(S)], in an amount to be determined at trial, but in no event less than [AMOUNT SOUGHT IN COUNT ONE], plus [interest/attorneys' fees/costs] **OR** plaintiff/plaintiffs [EQUITABLE OR OTHER RELIEF SOUGHT]].

## PETITIONING FOR PLAINTIFF RIGHTS FOR REMOVAL

This Controversial Declarative Judgement request; order, is for The Petition of Removal from the State of Missouri Court; *Maceo Williams vs Malcom Malone case 2116-cv19352, with a Motion for Consolidation of these two Cases here in the Northern District of Georgia (Atlanta) case #1:23-cv-01457- VMC, and that all case law cited by plaintiff in the Malone Case, be adopted to this case.*

Pursuant to 28 U.S. Code § 4104 – Declaratory Judgments

### The United Nations Human Rights

### Article 8

### And Equal Protection Under Law

*"Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law."*

**GROUNDS**: *Prejudice, Local, to State of Missouri Influence over case that has injured the plaintiff, even after requesting a dismissal in the Missouri case, injury continued across state lines, in multiple jurisdictions.*

Statute governing removals, 18 Stat. 470, specifically gave to "either party" to the suit the privilege of removal. At all other periods since the adoption of the Judiciary Act of 1789, the statutes governing removals have, in terms, given the privilege of removal to "defendants" alone,

except the Act of 1867, 14 Stat. 558, continued as part of § 28 of the Judicial Code, which permits either plaintiff or defendant to remove where there is *exceptional circumstance*, as in this case, whereas property, liberty, and threats is rooted from this case in Missouri.

Although the plaintiff has been severely injured by this case. This is for the purposes of ensuring all parties are in Good Standing, including liquidating all plaintiff assets in Missouri and receiving taxation thereof, to all stake holders, including Missouri Government, the IRS, and Jackson County. And the proceeds can be reinvested by the plaintiff in American innovation and development in light of the *Constitution of America Article I, Section 8, and Clause 8:*

*"To promote the Progress of Science and useful Arts..."*

**WHEREFORE**, Maceo Williams, plaintiff request(s) judgment as follows:

A.      On Count One, Plaintiffs seeks EQUITABLE Relief to compel the defendants in mandamus to return the entirety of all writtings and his book, religious, cultural, economical, and scientific as a matter of exclusive right, granted by the constitution Article I, subsection 8, clause 8, to be returned back to the plaintiff, Maceo Williams

     The plaintiff has been in deprivation of this right for close to (10) months to date, and for that deprivation, and time frame, plaintiff seeks exemplary, compensatory, or even punitive damages in a award. And that the proceeds of this Award, be placed in a Trust Account at Navy Federal Credit Union

B.      On Count Two That Navy Federal Credit Union be appointed as Trustees of any award in exemplary damages in benefit and favor of [PLAINTIFF(S)], deposited in an a Trust account, in amount to be determined at trial, but in no event less than [AMOUNT SOUGHT IN COUNT ONE], plus [interest/attorneys' fees/costs] **OR** plaintiff/plaintiffs [EQUITABLE OR OTHER RELIEF SOUGHT]].

C.      On Count Two That Navy Federal Credit Union be appointed as Trustees of any award in exemplary damages in benefit and favor of [PLAINTIFF(S)], deposited in an a Trust account, in amount to be determined at trial, but in no event less than [AMOUNT SOUGHT IN COUNT ONE], plus [interest/attorneys' fees/costs] **OR** plaintiff/plaintiffs [EQUITABLE OR OTHER RELIEF SOUGHT]].

<u>D.</u>      On Count Three, That Navy Federal Credit Union be appointed as Trustees of any award in exemplary damages in benefit and favor of [PLAINTIFF(S)], deposited in an a Trust account, in amount to be determined at trial, but in no event less than [AMOUNT SOUGHT IN COUNT ONE], plus [interest/attorneys' fees/costs] OR plaintiff/plaintiffs [EQUITABLE OR OTHER RELIEF SOUGHT]].

E.      On Count four, That Navy Federal Credit Union be appointed as Trustees of any award in exemplary damages in benefit and favor of [PLAINTIFF(S)], deposited in an a Trust account, in amount to be determined at trial, but in no event less than [AMOUNT SOUGHT IN COUNT ONE], plus [interest/attorneys' fees/costs] OR plaintiff/plaintiffs [EQUITABLE OR OTHER RELIEF SOUGHT]].

Proposed order  Restating Order
- To Temporarily and permanantly restrain all defendants from any further harm, threats, or violations of the Constitution without due process
- To compel defendants to transfer back all propketeg,ifts back to plaintiff.

Dated: 10/11/2023

[CITY, Georgia

10/20/2023

Respectfully submitted,

By: _____

Phone 816-883-6311

3268 Woodrock Lane

Snellville Ga. 30078

Email: prometheusfire333@icloud.com

# ATTACHMENT

## FACTS OF PROCEDUARL BACKGROUND

Short And Plain Statement

_In Clear absence of all Jurisdiction_

_Pursuant to Fed.R.Civ.P. 8(f) "All pleadings shall be so construed as to do substantial justice"_

Pursuant to Barnett v. Hargett, 174 F.3d 1128, 1133 (10th Cir. 1999)

_"[T]he mandated liberal construction afforded to pro se pleadings 'means that if the court can reasonably read the pleadings to state a valid claim on which the petitioner could prevail, it should do so."_

Maceo Williams, by and through acting pro se, that the defendants(s) by and through their attorneys, for pro se Complaint against DEFENDANT(S), allege[s], upon information and belief, as follows:

The defendant, Honorable Charles Mckenzie in the Maceo Williams vs Malcome Molone case # plaintiff loss over $150,000 in United States currency. On ..... he interfered with credit reporting against the "Fair Credit Reporting Act" and is causing negative credit inquiries on the plaintiff credit report. Has gotten me evicted wherever I live, from the Salvation Army 469 Marietta St NW, Atlanta, GA 30313 , to Budgetel Inn and Suites, 4350 Stone Mountain Hwy, Lilburn, GA 30047

to Co-Business Partners from illegal data sharing, and breach of that data in excess of his jurisdiction. Through racism, he targets the minority and jewish communities, and creates conflicts between one another, while uplifting the white community by a show of hate. On...... Amanda Sisk is a white female, who was targeted by the defendant or defendants, specifically Charles Mckenzie. The racial hate was received and only damaged the plaintiff through additional pain and suffering.

All of this has happened because John Doe, went in clear absent of his Jurisdiction from case Maceo Williams v Ground works, and the defendants in that case, sent to Maceo Williams email a settlement offer for the work performed, and John Doe went against it and now the case is currently closed, in complete anger, and retaliation based on the Malcolm Malone case that had nothing in common, and went after the plaintiff first over the motion related to the plaintiff receiving a Honorary badge from Gladstone Police department. And then went beyond this and totally disobeyed 8th circuit order in the appeal, and blames Maceo Williams for his own actions, these are his actions, not Maceo Williams. and he and Charlie Kenzie, followed with Eric Schmitt, _Clear absence of all Jurisdiction_, destroyed mr Williams from working at Capital Vacations LLC in another State of Georgia, hired racist, like Jeff from MoKan Home Improvement, who was an ex employer who owed the plaintiff $5,000, whom also was building under ground bunkers in preparation for a civil war in America in support of his Qanon theory to hack the plaintiff business computer here at 3268 woodrock lane. Snellville Ga 30078 through Ert. An employee of Mokan home improvement cane to Maceo Williams and told him that the reason he did not pay me for sales, and the 5,000 contract sign on bonus was because Jeff the owner told him because i was black, and became my witness. And i reached to Jeff via text message about his reasoning because i was black, and his attorney. And they offered me $500 because how i was being treated by Judge Charles McKenzie and the $150,000 owed to the plaintiff, Maceo Williams that the Attorney William Secession took from the plaintiff. And the other attorneys agreed to be sued in

that case and consented in a hearing that they had no problem with putting the correct company as the defendant in the misjoinder, which the plaintiff brought up in a later motion. Yet Charles McKenzie went against that as well. So how can Maceo Williams be responsible for other people actions? Especially later after the plaintiff filed a dismissal in that case, and they still retaliated further, for no reason.

It was Brad Clude and Eric Schmitt who went after Maceo Williams over "race card" email by the defendants. It was them who went racist first and politically charged first, not MaceoWilliams, and was the primary reason in a apology letter email sent o the Eric Smidt. Especially after i reported that my private home surveillance camera was being spied on by the FBI and Eric Schmidt, and Charles Mckenzie. Right before my child GianFranco was in a child abduction and Maceo Williams was in a hit and run by the get away driver caught on camera, in addition to the burglaries, which is in my emails. The video footage doest lie. This is when they targeted my girlfriend, who happens to be white

Then here in Gwinnett County, the FBI opened my bank accounts against financial privacy, with the purposeful intent to entrap the plaintiff, in a crime in conspiracy, to stop the plaintiff from the gains of his industry, a violation of Missouri constitution, to deprive one of rights to destroy the case of Maceo Williams vs Malcolm Malone. Then all three Judge Charles McKenzie, Erick Schmitt and John Doe. used the FBI and CIA as pass through agent with Unmanned Vehicles, and start taking the plaintiff personal property, see in Gwinnett County Police report, his religious material, business equipment, and over \$499,986.35 in legal and business documents related to the legal fees in the Malcolm Malone case. The stealing of property started with the FBI in Missouri with Eric Schmidt with my phone a Samsung Galaxy Note 10, a thousand dollar phone, that was traced to the court house in Jackson County Missouri. While at Capital Vacations Employment Group LLC, a complaint related to intellectual property theft again because the Charles McKenzie wanted to destroy my case in hos docket, so the forced Capital Vacations LLC, who i reported about guns at the booth with the NFAC militia group photos of Desiree Christy. To challenge my patent at Capital Vacations LLC so i could not have intellectual property. And stopped Maceo Williams from creating a Union on behalf of disgruntled employees. Which is a Federal Protected Activity, and for Racterring a second time

Then in my private life, they hacked my home at 3268 woodrock ln Snellville Ga 30078, in the plaintiff private bedroom, shower the plaintiff photos taken of patato chips he was eating, took nude photos of plaintiff, that was shared with the defendants in the case, and private citzens, and wrote on a photo of a nude white female , with saggy breasts. **"is this what you call a "trade secret". As if the person was inferior in a degrading way. The message was written diagonal on the right bottom side of the photo.**

through his camera phone. tracked me from my residence, and stole my book, my phones again, and hard drives against my rights. In clear absence of their jurisdiction. A book i had been working on for over nine years of life dedicated to family and kids

And then i left the State of Georgia, went to Florida and was first attacked because of my spirituality from the prophesy book about Animal sacrifice and my "Laying of Hands" gift from God was taken by Eric Schmidt, before i even made a chicken sacrifice as prescribed in my Jewish faith of Yom Kippur, and my ancestors faith, the Goat sacrifice was on passover, and was used to deprive me of my first amendment right of prohibiting one from his religion. And my right to "Posterity" granted by the Constitution of the United States preamble last clause. Then Erick Smidt, i found later in the parts of my book they was not able to take, was person responsible for the two poodle sacrifices, to separate me from the white female soul mate in which i was born, that's written in my book, on racial grounds while in Florida. Then while at the airport, i kept going through curses "The Cross".... While in Florida, the plaintiff would be filmed on camera cell phones by CI's in degrading sleeping areas by the Catholic Church by Camilla House.

I went under intense religious attacks while in the State of Florida, specifically satanist.

Then while at Fort Lauderdale airport, just for simply, requesting to file a complaint, in a calm manner, non-aggressive, in a crowd of people, the plaintiff was slammed inside the airport, people started to take out their phones because the police agreed that in had not done anything wrong and i kept yelling as to why was i being put in custody, if you are saying I didn't do anything wrong. So the crowd around the escalators began to scream that they got on camera, on police camera footage and ft Lauderdale airport footage about tracking me over evidence, and obstruction of justice. That's the three Charles McKenzie, Eric Schmidt, and John Doe, kept following me about,

and the Kansa City Branch of the FBI and CIA had me arrested over religious material and reporting them. I was completely innocent. It was Broward Sheriff report # 03-2302-002966 on 02-27-2023.

Maceo Williams took Frontier Airlines flight on March 1, 2023, confirmation code TJCZ4R Gate C-9 seat 29A back to Atlanta Georgia, fight 1363.

Then i landed at Hartsfield Jackson airport and went to the Salvation Army, whereas i was attacked by a criminal organization hired by the defendants, that call themselves the "Finders". While walking by the CNN building, the Omni, a whole bunch of cheerleaders and jews was operating around me at the time. This is when the plaintiff went through Remote Viewing, and the psychic impression received at the time was that the defendant John Doe, had commited Murder of a guy named Jason, to a god called satan, that made my spiritual gifts transfer over to John Doe. Specifically, i immediately felt a red looking god, with horns, perform psychic surgery on the plantiff to transfer all psychic gifts of the plaintiff to the defendants the defendant. I felt my right eye, my heart, my internal spirtual gifts from God the Father be transferred instantly to John Doe. Any spirtual gifts, including my vision as a psychic, as desrcibed in my book was transferred over to the defendant. , And transferred Hashem in aAmda sisk

Jason was murdered for the reason the plainitiff was being tracked by the CIA and FBI in which conversations was discussed betwwen the plaintiff and informates about Jesus Christ being a Human Sacrifice. And out of curioisty, wanted to know what a human sacrifice really was from a santanic view point.

Jason was a white Male, diamond shaped beard, weighing about 180 pounds, between the height of 150 to 200 pounds. Skinny with sunken cheek bone structure. This was a human sacrifice, the most intense psychic experience out of my life.

 Jason was tied to a bed, in a cross position, back to a bed post, sitting down, with left wrist and right wrist tied to a bed rail. This happened after a ritual was performed. Jason was asked if he would die for his faith he stated yes, and at that time he didn't know the intent of the person who had a semi automatic pistol behind his back, and Jason was shot in the right eye. The plaintiff Maceo Williams felt it instantly, because my name was used in the ritual to transfer my gifts to another person, specifically Brian C Wims Jr at the time. Who also took my spiritual religious wife whom my memories are stored in a name I assumed was called Hecate. And gave my memories to all three defendant the sirual achievements of the bird of immortality, the phoneix was partioned to John Doe

Then i eventually went to Budetel, room 211, whereas satanist, see description in attachment, was hired to take Maceo Williams soul and Place John Doe soul into Maceo Williams body in violation of human rights. He wanted to create a santanic kingdom that mimics the Jewish faith of Adoni, Hashem, and Jesus Christ, my God. So they kept a Unmanned Aerial Vehicle at my door day and night. The strategy was to perform deliberate indifferent actions, and reverse it on the plaintiff and say he did it. The processes was to create everything opposite of the Holy Bible. So day and night they kept unholy spirits inside my body to perform religious harm onto another. This was the criminal organization hired against me called the "Finders".

Then Amanda Sisk my ex, a white female ive never had problems with for over five years came back into my life,in a intimate romantic relationship and they performed satatism on her as well,showed me through remote viewing how they can edit the videos in remote viewing so I would not tell, and then invaded my privacy and Married Amanda Sisk soul to Charles McKenzie, because they places the plaintiff soul Maceo Williams, into Amanda Sisk, which later this criminal organization forced Amanda Sisk soul to be sacrificed to Erick Smidt, who took her spiritual contract for himself.

Then on 10/14/2023 Eric Schmitt, Charles Mckenzie block the plaintiff from reaching out to the News Press the Atlanta Journal Constitution through Obstruction of Justice By lying to the news

Then they molested my son Gian Franco Williams Garcia in his sleep. The plaintiff was upstairs in the hall way of Budgetel outside when he saw a drone close in the sky, 45 degrees from the right side of the hotel. Instantly, the plaintiff saw in a remote viewing session that his son GianFranco soul was placed inside a Jewish God called Elohim, which wore a mask to disguise the individual identity. Instantly the impression was sex, and John Doe was the impression I received at that time, but also, it was the impression that the FBI had created a machine out of this God for screens and remote viewing. The plaintiff dashed to the room 211 and called Brenda Garcia the mother, and immediately over the phone she confirmed Maceo Williams vision. And When asked what she thought it was, she voluntarily stated that she felt he was being molested, and when Maceo Williams asked her to explain, she stated over the last week he kept screaming asking it to "STOP"!!!!!! This mimics the child abduction/kidnapping case in Gladstone Missouri that there was a coordinated effort by Charles Mckenzie, the FBI, and Eric Schmitt to have my

child kidnapped in violation of parental rights of the plaintiff. Due to information gathered before the incident happened, and the government of Missouri allowed the plaintiff to be hit by a driver on video footage, which is in the plaintiff emails, but hacked to not receive access.

While Budgetel Maceo Williams signed a partnership contract with Norita Investments and Associates LLC With Norita Investments and Associates LLC Loss of social media fame, about THE Plaintiff placing the company partnership on the stock exchange, and good work performed by Maceo Williams and the business. In Gwinnett County, at an Airbnb, on 1153 Overlandhill Trace, the business partners are residents from Flordia, Lisa Norita "Elizabeth" who began to work for the State of Flordia and Charles Mckenzie, after the business was infiltrated by Charles Mckenzie and the defendants. While the plaintiff and business partners was living together, and Lisa came to the plaintiff about a Missouri Judge, and the plaintiff religious book, and something about a "soul snatcher". One week after the business was infiltrated, and information about the plaintiff private book was exposed to the the business partners. The business partners decided to confiscate property on behalf of the defendants, a religious machete, stored with the business partners storage unit at Ark Self Storage on 1410 Beaver Ruin Rd, Norcross Ga 30093 and sent private information back to State of Flordia about Maceo Williams and his religion, because the defendants used criminal information against her husband to force her to break up the business partnership..

Later, this criminal organization used Himi-Sync tapes to transfer Maceo Williams soul to Charled Mckenzie, Eric Schmit, and John Doe while at Budgetel room 211

Then In addition, the FBI and CIA embarked on a mission to use Artificial Intelligence to share my brain, intellectual property of private mind with Charles McKenzie, John doe, Eric Schmitt, so they could think like the plaintiff do to his educational attainment in which he earned through hard work for over 15 years of study, as documented in his book that was taken. They use my mind to spy on my thoughts to know what im thinking legally before hand, and to know about business, for obstruction reasons

they started using drones to hit me with particles or waves of radiation, that was used against the plaintiff number 6 and 9 in the kabbalah, for religious reasons and zapped the plaintiff penis and testicles In violation of procreation of life secured by the constitution due process. And they keep lying in remote viewing and telling the courts something differently than what's actually happening to the plaintiff. Eric Schmitt came to the plaintiff in remote viewing that he was that "dragon" who attacked our jewish community, and "will continue doing it". The impression was a Klansman





34.117.254.173

34.117.254.173

0          0          15

Kansas City, MO, United States

Google Cloud   Google LLC





10:07

193.122 140 158

193 122 140 158

0          0          3

Ashburn, VA, United States

Oracle Cloud Infrastructure (us-ashburn-1)

Oracle Corporation






2600:1901:0:e608::

[2600:1901:0:e608:.]

0          0          2

Kansas City, MO, United States

Google Cloud    Google LLC

PLEADING TITLE - 4

PLEADING TITL

2:36

mqtt-mini.facebook.com

[2a03:2880:f111:80:face:b00c:0:1ea0]



17          6          20

157.240.229.34, 2a03:2880:f103:183:face:b00c:0:1ea0,
2a03:2880:f103:80:face:b00c:0:1ea0,
2a03:2880:f111:183:face:b00c:0:1ea0,
2a03:2880:f111:80:face:b00c:0:1ea0,

Couldn't load location for the requested IP

SAT, 08 OCT 2022

mqtt-mini.facebook.com  ⧉  ✕

⧉ [2a03:2880:f111:80:face:b00c:0:1ea0]

| 17 | 6 | 20 |

157.240.229.34, 2a03:2880:f103:183:face:b00c:0:1ea0,
2a03:2880:f103:80:face:b00c:0:1ea0,
2a03:2880:f111:183:face:b00c:0:1ea0,
2a03:2880:f111:80:face:b00c:0:1ea0,

Couldn't load location for the requested IP.









18.67.79.207

18.67.79.207

1          1          0

Washington, DC, United States

AWS CloudFront (GLOBAL) — Amazon.com, Inc.

PLEADING TITLE - 12

2:36 🕐 ▲ ⊗ ·　　　　　　　　⟲ 🔕 ✈ 68% ■

mqtt-mini.facebook.com　　　　▢　✕

▢ [2a03:2880:f111:80:face:b00c:0:1ea0]

17　　　　　　6　　　　　　20

157.240.229.34, 2a03:2880:f103:183:face:b00c:0:1ea0,
2a03:2880:f103:80:face:b00c:0:1ea0,
2a03:2880:f111:183:face:b00c:0:1ea0,
2a03:2880:f111:80:face:b00c:0:1ea0,

Couldn't load location for the requested IP.

**F**

US POSTAGE AND F...
2023 10 24
S8201
0006 05 ...
Commercial
P ROZZONE R




easypost

## USPS FIRST CLASS

...SS PKG

**0006**

DL, LLC
MICHELLE SWANSON
2501 55TH ST NE
MARYSVILLE WA 98...

2008

MACEO WILLIAMS
3268 WYNDBROOK LN
SN...VILLE GA 30078-6B06

**USPS TRACK...**

...S #



9400 1362 0530 99



9 4643 02

CONTENUTO STERILE. Non aprire
fino a visitare dngr.sm/kit

СОДЕРЖИМОЕ СТЕРИЛЬНОЕ. Не
открывайте его, пока не посетите
dngr.sm/kit



Dangerous Things, LLC
336 36th Street, Suite 366
Bellingham, Washington 98225
United States of America
www.dangerousthings.com

# Packing List for invoice 11584 (order 30827)

## Shipping Address

## Shipping Method

*Maceo Williams*
*3268 Woodrock ln*
*Snellville, GA 30078*

*USPS First Class Mail*

| SKU | Product | Quantity | Total Weight |
|-----|---------|----------|--------------|
| **Implants > x-series injectable** | | | |
| 851294007400 | VivoKey Spark 2 [Cryptobionic Implant] | 1 | 0.3125 |
| | **Totals:** | **1 pc.** | **0.3125 lbs** |

# Customer Details

- **Email:** maceowilliamstrust@protonmail.com
- **Phone:** 8168836311

Keep up with new product releases and information! Like us http://facebook.com/dangerousthings and follow us twitter.com/dangerousthings today!

**Security certificate**

Chambers of Commerce Root - 2008 ▼

Issued to:

Common name:
Chambers of Commerce Root - 2008

Organization:
AC Camerfirma S.A.

Organizational unit:

Serial number:
00 A3:DA:42:7E:A4:B1:AE:DA

Issued by:

Common name:
Chambers of Commerce Root - 2008

Organization:
AC Camerfirma S.A.

Organizational unit:

Validity:

Issued on:
Aug 1, 2008

Expires on:
Jul 31, 2038

Fingerprints:

SHA-256 fingerprint:
06:3E:4A:FA:C4:91:DF:D3:32:F3:08:9B:85:42:E9:46:17:D8:93:D
7:FE:94:4E:10:A7:93:7E:E2:9D:96:93:C0

SHA-1 fingerprint:
78:6A:74:AC:76:AB:14:7F:9C:6A:30:50:BA:9E:A8:7E:FE:9A:CE
3C

**Turn off**          **OK**



PLEADING TITLE - 20

## Chambers of Commerce Root - 2008 ▼



### Issued to:

Common name:
Chambers of Commerce Root - 2008

Organization:
AC Camerfirma S.A.

Organizational unit

Serial number
00:A3:DA:42:7E:A4:B1:AE:DA

### Issued by:

Common name
Chambers of Commerce Root - 2008

Organization
AC Camerfirma S.A

Organizational unit

### Validity:

Issued on:
Aug 1, 2008

Expires on:
Jul 31, 2038

### Fingerprints:

SHA-256 fingerprint
06:3E:4A:FA:C4:91:DF:D3:32:F3:08:9B:85:42:E9:46:17:D8:93:D
7:FE:94:4E:10:A7:93:7E:E2:9D:96:93:C0

SHA-1 fingerprint
78:6A:74:AC:76:AB:14:7F:9C:6A:30:50:BA:9E:A8:7E:FE:9A:CE

## Chambers of Commerce Root - 2008  ▼

### Issued to:

Common name:
Chambers of Commerce Root - 2008

Organization:
AC Camerfirma S.A.

Organizational unit:

Serial number:
00:A3:DA:42:7E:A4:B1:AE:DA

### Issued by:

Common name:
Chambers of Commerce Root - 2008

Organization:
AC Camerfirma S.A.

Organizational unit:



### Validity:

Issued on:
Aug 1, 2008

Expires on:
Jul 31, 2038

### Fingerprints:

SHA-256 fingerprint:
06:3E:4A:FA:C4:91:DF:D3:32:F3:08:9B:85:42:E9:46:17:D8:93:D
7:FE:94:4E:10:A7:93:7E:E2:9D:96:93:C0

SHA-1 fingerprint:
78:6A:74:AC:76:AB:14:7F:9C:6A:30:50:BA:9E:A8:7E:FE:9A:CE:
3C

Security certificate

## Global Chambersign Root - 2008



### Issued to:

Common name:
Global Chambersign Root - 2008

Organization:
AC Camerfirma S.A.

Organizational unit

Serial number:
00:C9:CD:D3:E9:D5:7D:23:CE

### Issued by:

Common name:
Global Chambersign Root - 2008

Organization:
AC Camerfirma S.A.

Organizational unit

### Validity:

Issued on
Aug 1, 2008

Expires on
Jul 31, 2038

### Fingerprints:

SHA-256 fingerprint
13:63:35:43:93:34:A7:69:80:16:A0:D3:24:DE:72:28:4E:07:9D:7
B:52:20:BB:8F:BD:74:78:16:EE:BE:BA:CA

SHA-1 fingerprint
4A:BD:EE:EC:95:0D:35:9C:89:AE:C7:52:A1:2C:5B:29:F6:D6:AA
0C

## ACCVRAIZ1



### Issued to:

Common name
ACCVRAIZ1

Organization
ACCV

Organizational unit
PKIACCV

Serial number
5E:C3:B7:A6:43:7F:A4:E0

### Issued by:

Common name
ACCVRAIZ1

Organization
ACCV

Organizational unit
PKIACCV

### Validity:

Issued on:
May 5, 2011

Expires on:
Dec 31, 2030

### Fingerprints:

SHA-256 fingerprint
9A:6E:C0:12:E1:A7:DA:9D:BE:34:19:4D:47:8A:D7:C0:DB:18:22
FB:07:1D:F1:29:81:49:6E:D1:04:38:41:13

SHA-1 fingerprint
93:05:7A:88:15:C6:4F:CE:88:2F:FA:91:16:52:28:78:BC:53:64:1
7

## Actalis Authentication Root CA



### Issued to:

Common name:
Actalis Authentication Root CA

Organization:
Actalis S.p.A./03358520967

Organizational unit:

Serial number:
57:0A:11:97:42:C4:E3:CC

### Issued by:

Common name:
Actalis Authentication Root CA

Organization:
Actalis S.p.A./03358520967

Organizational unit:

### Validity:

Issued on
Sep 22, 2011

Expires on
Sep 22, 2030

### Fingerprints:

SHA-256 fingerprint
55:92:60:84:EC:96:3A:64:B9:6E:2A:BE:01:CE:0B:A8:6A:64:FB:F
E:BC:C7:AA:B5:AF:C1:55:B3:7F:D7:60:66

SHA-1 fingerprint
F3:73:B3:87:06:5A:28:84:8A:F2:F3:4A:CE:19:2B:DD:C7:8E:9C:
AC

 

 **SERVICE ADDRESS:**

| Sent on | |
|---------|---|
| Sale Rep | **Maceo Williams** |
| **Total** | **$50,000.00** |

| PRODUCT / SERVICE | DESCRIPTION | QTY. | TOTAL |
|-------------------|-------------|------|-------|
| GC Windows | Installing 52 windows remodel windows. The Coronet DUET and TRIO collection.<br><br>The company will:<br>1. Removal of existing windows.<br>2. Dispose of the existing windows.<br>3. Install energy efficient double pane Coronet collection windows | 1 | $50,000.00 |

| PRODUCT / SERVICE | DESCRIPTION | QTY. | TOTAL |
|-------------------|-------------|------|-------|
| Epoxy Countertop | Includes:<br><br>1. Pouring of customers selected metallic colors<br>2. Surface cleaning and preparation.<br>3. Masking off all areas.<br>4. Free Undermount 50/50 Stainless Steel Sink installed. Does not include reconnections of plumbing water or waste lines. Water and waste lines must be disconnected by the owner.<br>5. Diamond added protective coating.<br><br>Notes:<br>1. The customer is responsible for removing appliances if needed.<br>2. The cure time is 5 days for epoxy finishes and 2 days for multi-stone products, and 1 day for tub and tile products.<br><br>Epoxy Warranty:<br>Includes:<br><br>1. Pouring of customers selected metallic colors<br>2. Surface cleaning and preparation<br>3. Masking off all areas.<br>4. Free Undermount 50/50 Stainless Steel Sink installed. Does not include reconnections of plumbing water or waste lines. Water and waste lines must be disconnected by the owner.<br>5. Diamond added protective coating.<br><br>Notes:<br>1. The customer is responsible for removing appliances if needed.<br>2. The cure time is 5 days for epoxy finishes and 2 days for multi-stone products, and 1 day for tub and tile products.<br><br>Warranty:<br>This five year warranty covers workmanship and adhesion failure. The warranty does not cover chips caused by heavy items hit the coating. | 52 | $0.00 |
| Cabinet Refinishing ( Doors )and Frame Only). | Basic Services Includes:<br>1. Dismantling, cleaning, sanding, primer.<br>2. Two finish coats applied to the doors and body of cabinet face frames. Outside.<br><br>Add on services options:<br><br>1. Interior carcasses<br>2. Convert double demountable hinges to concealed hinges<br>3. Undermount soft close Blum drawer slides with new drawer box<br>4. Fill in old hardware and drill for new different sized hardware<br>5. Drill for new hardware only.<br><br>The customer supplies the paint product and agrees to no warranty. | 1 | $0.00 |
| GC Appliance | The company will remove and reinstall the appliance for the epoxy | 1 | $0.00 |

To whom it may concern,

I'm the mother of Gianfranco Garcia Williams son of
Maceo Williams.
My son lately has been experiencing some nightmares and
I'm very concern and don't know how to help him when he
has these moments.
This week I have witnessed my son waking up out of his
sleep hollering and screaming and saying "stop", as a
mother I knew something was wrong, as a mother's
intuition I felt as if he was dreaming that he was being
tormented or being abused. This is very disturbing to me
because it scares me to hear him screaming and being
able to have a peaceful night rest.
I really believe this is more than just a dream, this has to
do with something spiritual.

Sincerely,
Brenda García

*[signature]*

Roderick C Wagner

*[signature]*

MAY 25, 2023

*[Notary seal: RODERICK C WAGNER, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES SEPTEMBER 16, 2025]*



See it's stuff like this that puzzles me, no where in your text messages do I see you sent me this text gift. But I found it in my photos sent from your phone

That's odd

Can you talk?

Mon, May 8 at 3:42 PM

Sorry, I fell asleep

Yea, what time do you want to meet

Idk we are in Duluth now at Kylie's appointment

Ok

Where would you want me to go?
Your place?

iMessage



I have

I will let you know when I'm bringing the card but I shouldn't have to come all the way to you

Then stop bring up your past with me

You talk more about your past being abused with men, and I have nothing to do with that

You good at what you do

Yours has to do with hacking. I am not going to use your card at all ok

You flipping stufff on me, especially when you do nothing but talk about the past

I didn't even bring up to you about my bank account ever being hacked

How did you know

????

I never told you about that

I am not flipping anything. I am tired of hearing about your card & hacking & the government

iMessage



**AS**

Amanda

Wooooooowwwwwww

Read everything you sent me

All I asked was about my card, that's all

90% of our conversations are about your past experiences as well

Damn

And I'm not part of it

You include your hacking & government shit all the time is all. I don't want to hear it anymore

I didn't bring it up to you

Read 3:26 PM

I'm not talking about anything else about myself here ok

You didn't even know about the letter was related to hacking

How is it that you know these things???

That scares me

Delivered

iMessage

youtu.be

> I'm that dad in the movie called "Taken"

> I just need to know when did your anxiety start to come back recently???

> Because at least 40 percent of our conversation has been about Missouri, that's why I ask

Bc you owed an explanation to me about why you left me all of a sudden

Hard to focus with you stressing me out

> That is not my intent, all I'm doing is responding to your text messages. But I'm of the belief that you are targeted part of a "thought control" program. Because you've had an obsession, to this day. About Missouri. Damn near every day you come to me about Missouri, but yet i only met you once last year and only discussed Missouri one time last year. Prior to then, we have had several positive romantic encounters with no problems.

> All I want to know, is when you get

  iMessage 

       

 
not deal with it. It is too stressful. I wanted to take things slow & get to know 1 another more but you flip out when I speak my mind heart & feelings on things & then think I am under thought control. I have nothing to do with anything your going through ok

I will get your debit card back to you

I already told you why I ask about Missouri. You left my heart hanging & just left without thinking if my feelings. That's it.

But all you talk about is Missouri and yet you date another man after me, and even forgot my name. Everyday you talk about Missouri to me. I left twice in the past, but you only remember and talk everyday about Missouri. And your conversation constantly talk and mold to case that you don't even know about? That's why I think you are under thought control, every situation that happens to me in court, you naturally bring up without knowing about the situation in court. And yet it's to the defense of Missouri. And yet that's all you bring up

Have a successful day

  iMessage 

       

I have

I will let you know when I'm bringing the card but I shouldn't have to come all the way to you

Then stop bring up your past with me

You talk more about your past being abused with men, and I have nothing to do with that

You good at what you do

Yours has to do with hacking. I am not going to use your card at all ok

You flipping stufff on me, especially when you do nothing but talk about the past

I didn't even bring up to you about my bank account ever being hacked

How did you know

????

I never told you about that

I am not flipping anything. I am tired of hearing about your card & hacking & the government

iMessage



All I asked was about my card, that's all

90% of our conversations are about your past experiences as well

Damn

And I'm not part of it

You include your hacking & government shit all the time is all. I don't want to hear it anymore

I didn't bring it up to you

I'm not talking about anything else about myself here ok

You didn't even know about the letter was related to hacking

How is it that you know these things???

That scares me

Yesterday 7:13 AM

Just for the records, you did call me last night, and stated you was coming to drop off the card. You did not meet up with me, as you stated. Will only

iMessage

## Laparoscopic Appendectomy, Adult, Care After

## What can I expect after the procedure?

After a laparoscopic appendectomy, it is common to have:

- Little energy for normal activities.
- Mild pain in the area where the cuts from surgery (*incisions*) were made.
- Trouble pooping (*constipation*). This may be caused by:
  - Pain medicine.
  - A lack of activity.
- Gas pain that can spread to your shoulders.

## Follow these instructions at home:

Your doctor may give you more instructions. If you have problems, contact your doctor.

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
  - **Do not** stop taking antibiotics even if you start to feel better.
  - Take pain medicines before your pain gets very bad.
- If told, take steps to prevent problems with pooping (*constipation*). You may need to:
  - Drink enough fluid to keep your pee (*urine*) pale yellow.
  - Take medicines. You will be told what medicines to take.
  - Eat foods that are high in fiber. These include beans, whole grains, and fresh fruits and vegetables.
  - Limit foods that are high in fat and sugar. These include fried or sweet foods.
- Ask your doctor if you should avoid driving or using machines while you are taking your medicine.

### Incision care

 

**Normal** **Infected**
**incision** **incision**

- Follow instructions from your doctor about how to take care of your incisions. Make sure you:
  - Wash your hands with soap and water for at least 20 seconds before and after you change your bandage. If you cannot use soap and water, use hand sanitizer.
  - Change your bandage.
  - Leave stitches, staples, or skin glue in place for at least 2 weeks.
  - Leave tape strips alone unless you are told to take them off. You may trim the edges of the tape strips if they curl up.





US POSTAGE AND FE[...]  PREPAID  easypost
2022-10-24
98270
C4000018
Correctbox
8.0 OZ ZONE [...]

**F**

USPS FIRST-CLA[...]SS PKG          0006

OT, LLC
MICHELLE SWANSON
7500 60TH ST NE
MARYSVILLE WA 98270-8065

R008

MACEO WILLIAMS
3268 WOODROCK LN
SNELLVILLE GA 30078-6806

USPS TRACK[...]          [...] #

9400 1362 0530 99[...]          [...]9 4643 [...]

Computer Chip Inflation Mail Fraud traced to
missouri courthouse Jurisdiction

10/12/2022
LOCATION OF VIOLATION
2554 GA 124 SNELLVILLE
DEVICE
IF CMV, HAZMAT PRESENT?
ACD CODE   D45

Maceo Williams

| # | Viol | Crt |
|---|------|-----|
| 279902 | 1-29-19 | 6-19-19 |
| Bind to state | | |
| 282880 | 4-2-19 | 7-24-19 |
| nolle prossing | | |
| 342539 | 10-12-22 | 4-19-23 |

 **DDS** GEORGIA DEPARTMENT
OF DRIVER SERVICES



MACEO CALVIN WILLIAMS JR
3268 WOODROCK LN
SNELLVILLE GA 30078-6806

**DOB:** 11-Mar-1984
**License Number:** 071744900
**Gender:** Male
**Height:** 6' 1
**Weight:** 205

## Documents Issued

**License Class** C          **Type:** Regular
**Issued:** 20-Apr-2023     **Restrictions:** None
**Expires:** 11-Mar-2031

**Non-Commercial Privilege:**    Valid
**Commercial Privilege:**        Not Licensed
**Limited Permit:**              NA
**Current Points:**              0
**Original Issue Date:**         15-Oct-1999

### Driver History
Years Requested: 3

### Citation(s)

**OCGA:** 40556
**Description:** Failure to appear for trial or court appearence
**Violation Date:** 12-Oct-2022
**Accident Involved:** Unknown
**Commercial Vehicle:** No
**Hazardous Material:** No
**Court:** GA067051J - Snellville Municipal Court

**Disposition Date:**
**Disposition:** Administrative
**Points:** 0
**Jurisdiction:** GA

**OCGA:** OOSViolation
**Description:** Speeding (83/55)
**Violation Date:** 19-Oct-2020
**Accident Involved:** Unknown
**Commercial Vehicle:** No
**Hazardous Material:** No
**Court:** KS9999999 - Kansas Division Vehicle

**Disposition Date:** 19-Jan-2022
**Disposition:** Plead Guilty
**Points:** 0
**Jurisdiction:** KS

### Withdrawals(s)



**5:08**

**< +1 (816) 425-1734 >**

actions

This phone number is no longer in service.



STOP

It's 5:05 pm, you just called not even a few minutes ago for debt collection. Have a blessed evening

#STOP



+1 (816) 425-1734



6:06

< Recents

+1 (816) 425-1734

MESSAGE

Today
Incoming Call 4:52 PM

Text Message
Today 5:03 PM

Hi there, I realized that after speaking to you, you stated that you are calling from Illinois, I don't understand how your phone number keeps popping up as in Missouri, Missouri doesn't have jurisdiction over this phone. You are calling in Gwinnett County Georgia. It seems you are given a "civil assist" from a judge in Missouri as recorded in transcripts in thier docket.

You do not have consent of the owner of this phone to communicate, nor contact this number, especially through spoof calls.

If someone owes you, payment shall be rendered. But not through illegal actions

This phone number is no longer in service.

Text Message

Juan Martinez — 1/29/23
[illegible] — 1/29/23
Jonathan Juan Pastrano — 1/29/23
Bernardo Gideon — 1/29/23
Angia V. [illegible] — 1/29/23
[illegible] — 11/30/23
Luis [illegible] Reyes — 11-30-23
Alejandro Diaz — 1-25-23
Cristobal Colon — 11-25-23
Edie Cristobal — 11-30-21
[illegible] — 11-30-23
Yadira Esparza — 1-29-23
Edie Cristobal — 11-25-23
[illegible] — 11-29-23
[illegible] — 4-25-23
Jose Arriaga — 4-25-23
Anai [illegible] — 
Victor [illegible] — 1-29-23
[illegible] Alejandro Perez — 11-29-23
Bruno Ramirez — 6-27-23
Bruno San Roman Vieta — 
[illegible] — 4/17/23
Jaydelie Mar[illegible] — 01/30/23
Yoani Perez

30 of 33

# STOP STEALING GODS'
## Blessings

This petition is to request that the Federal
Government, to stop discrimination on who receive
donations at Mother Teresa Missionaries homeless.

To stop abuse tactics through Miami, and
Police departments, flag donations to the numbers,
at Mother Teresa, the police is taking donations
to give all donations to number of, families of, families housed.
The Police is creating discrimination on the poor,
as creating a class of both Homeless. Stop
stealing the Homeless Donations.

Re: Mother Teresa
Missionaries of Charity
724 N.W. 17#[S]
Miami, Fla. 33136

Signed                                    Dated

1) Mauro William [signature]          01/09/20-23

2) Laura Lee Dozier [signature]       1-09-1020.23

3) Corey Rogers                       1/09/2023

4) David Brown                        25 of 27



**Gladstone MO Police**
We were blown away by the kindness that exudes from Maceo Williams with Phoenix Capital. Your support and words of encouragement mean more than you know. Thank you for the water to keep our officers hydrated in these hot temperatures we are expecting. It was such a pleasure meeting you today, and in case no one told you, "We love you, too!" 😊

JUN 3 AT 3:17 PM

👍❤️ You and 2?¹ ⁻¹⁻⁻⁻                                19 Comments

📷 Copy text from image ✕

Like          Comment          Share

Share        Edit        Lens        Delete



**NAVY FEDERAL**
**Credit Union**

DECEMBER 22, 2022

In reply refer to:
18151449

MACEO C WILLIAMS JR
3268 WOODROCK LN
SNELLVILLE GA 30078-6806

RE: Debit Card No. XXXX XXXX XXXX 9205

Dear Member:

This letter is to inform you that we have made a final determination regarding your Navy Federal Debit Card fraud claim in the amount of $60.54.

Based on the facts of our investigation, your claim is found to be valid. The provisional credit of $60.54 issued to your account on 11/01/2022 is now permanent and will not be reversed.

If you have any questions regarding this matter, please call us toll-free at 1-888-842-6328. If you prefer, you may send us a secure message via Navy Federal Online Banking or you may write to: Navy Federal Credit Union, Card Fraud Prevention Recovery, PO Box 23603, Merrifield, VA 22119-3603. You may also reach us by fax at 703-206-4516.

Thank you for allowing us to serve you.

Sincerely,

Card Fraud Prevention Recovery
Navy Federal Credit Union

## Appendicitis, Adult



The appendix is a tube in the body that is shaped like a finger. It is attached to the large intestine. Appendicitis means that this tube is swollen (*inflamed*). If this is not treated, the tube can tear. This can lead to a life-threatening infection. This condition can also cause pus to build up in the appendix.

### What are the causes?

- Something blocking the appendix, such as:
  - A ball of poop (*stool*).
  - Lymph glands that are bigger than normal.
  - Injury to the belly (*abdomen*).
- Sometimes the cause is not known.

### What increases the risk?

You are more likely to get this condition if you are 10–30 years old.

### What are the signs or symptoms?

- Pain or tenderness that starts around the belly button and:
  - Moves toward the lower right belly.
  - Gets worse with time.
  - Gets worse if you cough.
  - Gets worse if you make a sudden move.
- Vomiting or feeling like you may vomit (*nauseous*).
- Not wanting to eat as much as normal (*loss of appetite*).
- A fever.
- Trouble pooping (*constipation*).
- Watery poop (*diarrhea*).
- Feel generally sick (*malaise*).

### How is this treated?

In general, this condition is treated with both antibiotic medicines and surgery to take out the appendix. If only antibiotics are given and the appendix is not taken out, there is a chance the condition could come back.

## Laparoscopic Appendectomy, Adult, Care After

# What can I expect after the procedure?

After a laparoscopic appendectomy, it is common to have:

- Little energy for normal activities.
- Mild pain in the area where the cuts from surgery (*incisions*) were made.
- Trouble pooping (*constipation*). This may be caused by:
  - Pain medicine.
  - A lack of activity.
- Gas pain that can spread to your shoulders.

## Follow these instructions at home:

Your doctor may give you more instructions. If you have problems, contact your doctor.

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
  - **Do not** stop taking antibiotics even if you start to feel better.
  - Take pain medicines before your pain gets very bad.
- If told, take steps to prevent problems with pooping (*constipation*). You may need to:
  - Drink enough fluid to keep your pee (*urine*) pale yellow.
  - Take medicines. You will be told what medicines to take.
  - Eat foods that are high in fiber. These include beans, whole grains, and fresh fruits and vegetables.
  - Limit foods that are high in fat and sugar. These include fried or sweet foods.
- Ask your doctor if you should avoid driving or using machines while you are taking your medicine.

### Incision care




Normal        Infected
incision      incision

- Follow instructions from your doctor about how to take care of your incisions. Make sure you:
  - Wash your hands with soap and water for at least 20 seconds before and after you change your bandage. If you cannot use soap and water, use hand sanitizer.
  - Change your bandage.
  - Leave stitches, staples, or skin glue in place for at least 2 weeks.
  - Leave tape strips alone unless you are told to take them off. You may trim the edges of the tape strips if they curl up.

To whom it may concern,

I'm the mother of Gianfranco Garcia Williams son of Maceo Williams.

My son lately has been experiencing some nightmares and I'm very concern and don't know how to help him when he has these moments.

This week I have witnessed my son waking up out of his sleep hollering and screaming and saying "stop", as a mother I knew something was wrong, as a mother's intuition I felt as if he was dreaming that he was being tormented or being abused. This is very disturbing to me because it scares me to hear him screaming and being able to have a peaceful night rest.

I really believe this is more than just a dream, this has to do with something spiritual.

Sincerely,
Brenda García

Roderick M Wagner

MAY 25, 2023

I James Bennett

Witnessed Marco & Amanda
on may 15th leaving Macros Room
at the Budget on the morning
of may 15th. They were leaving
the Room when Amanda said turn
around and proceeded to fix Marcos
tag sticking out from the top of his
vest. She very Affectionately fixed
his tag, I made the statement P/S
about time someone took care of
that Boy. She and he smiled then
walking towards me to use the
stairs Amanda made the comment
that she was happy to take care of
him and that she was grateful he
finally Allowed her to do so as
she had know him for quite
a while and was wondering if
he was ever going to Realize
how good she Really was, as
he may not know (and how lucky)
he was to have her.

5/10/23

 **DDS** GEORGIA DEPARTMENT OF DRIVER SERVICES 

MACEO CALVIN WILLIAMS JR
3268 WOODROCK LN
SNELLVILLE GA 30078-6806

DOB: 11-Mar-1984
License Number: 071744900
Gender: Male
Height: 6' 1
Weight: 205

## Documents Issued

License Class C
Issued: 20-Apr-2023
Expires: 11-Mar-2031

Type: Regular
Restrictions: None

Non-Commercial Privilege:    Valid
Commercial Privilege:    Not Licensed
Limited Permit:    NA
Current Points:    0
Original Issue Date:    15-Oct-1999

### Driver History
Years Requested: 3

### Citation(s)

**OCGA: 40556**
**Description:** Failure to appear for trial or court appearence
**Violation Date:** 12-Oct-2022
**Accident Involved:** Unknown
**Commercial Vehicle:** No
**Hazardous Material:** No
**Court:** GA067051J - Snellville Municipal Court

**Disposition Date:**
**Dispostion:** Administrative
**Points:** 0
**Jurisdiction:** GA

**OCGA: OOSViolation**
**Description:** Speeding {83/55}
**Violation Date:** 15-Oct-2020
**Accident Involved:** Unknown
**Commercial Vehicle:** No
**Hazardous Material:** No
**Court:** KS9999999 - Kansas Division Vehicle

**Disposition Date:** 19-Jan-2022
**Disposition:** Plead Guilty
**Points:** 0
**Jurisdiction:** KS

### Withdrawals(s)



11:55

M
Mom >

We pleased the blood of Jesus over your life man

He is forcing me into a spiritual marriage with him against my will

You'll letting him take control of your mind.

That's why I'm going to court

Momma I do plead the blood of Jesus Christ, that's what started it all

I have miracle

Ok, when can I bring her over

Read Yesterday

They outside playing with the girls next door
I'll call let you know

Today 11:40 AM

I'm at least glad you can see what the remote viewing is, and the program we didn't agree to be in. I feel relieved to finally know that you was able to be able to see it for your self, and I didn't place you in it

iMessage

**From:** Broward County Sheriff's Office <browardcountysheriff@govqa.us>
**Subject: Incident Report Request :: R338270-092023**
**Date:** Sep 20, 2023 at 5:07 PM
**To:** "prometheusfire333@icloud.com" <prometheusfire333@icloud.com>

Dear Maceo Williams:

The Broward Sheriff's Office received a public records request from you on September 20, 2023, seeking the following:

**Need video footage of incident within airport, and document report of incident**

Your request was assigned a reference number R338270-092023 and is being processed in the order in which it was received.

The Broward Sheriff's Office is committed to providing records as quickly and efficiently as possible. Please note, as a result of an increase in workload and current staffing, our unit is experiencing a backlog of requests for public records. We appreciate your patience as we're working diligently to fulfill requests in the order in which they are received. Please DO NOT make a duplicate request for a copy of your report/record as this could further delay the turnaround time.

Thank you.

Broward Sheriff's Office
Public Records Unit

To monitor the progress or update this request please log into the Public Records Center





This Hack was
July 11th 2023
By Kansas City Courthouse .

I   James Bennett

Wittnesed   Maceo & Amanda
on May 15th Leaving Maceo's Room
at the Budgetel on the moring
of May 15th. They were Leaving
the Room when Amanda said turn
around and proceeded to fix Maceos
tag sticking out from the top of his
vest. She very Affetionatley fixed
his tag. I made the statment Its
about time someone took care of
that Boy. She and he smiled then
walking towards me to use the
stairs Amanda made the comment
that she was happy to take care of
him and that she was greatful he
finally Allowed her to do so as
she had know him for quite
a while and was wondering if
he was ever going to Realice
how good she Really was. as
he may not have know how Lucky
he was to have her.

<span style="writing-mode: vertical-rl;">Amanda Sik Witness</span>

5-20-23



**NAVY FEDERAL**
**Credit Union**

In reply refer to:
18151449

DECEMBER 22, 2022

MACEO C WILLIAMS JR
3268 WOODROCK LN
SNELLVILLE GA 30078-6806

RE: Debit Card No. XXXX XXXX XXXX 9205

Dear Member:

This letter is to inform you that we have made a final determination regarding your Navy Federal Debit Card fraud claim in the amount of        $60.54.

Based on the facts of our investigation, your claim is found to be valid. The provisional credit of        $60.54 issued to your account on 11/01/2022 is now permanent and will not be reversed.

If you have any questions regarding this matter, please call us toll-free at 1-888-842-6328. If you prefer, you may send us a secure message via Navy Federal Online Banking or you may write to: Navy Federal Credit Union, Card Fraud Prevention Recovery, PO Box 23603, Merrifield, VA 22119-3603. You may also reach us by fax at 703-206-4516.

Thank you for allowing us to serve you.

Sincerely,

Card Fraud Prevention Recovery
Navy Federal Credit Union

**Federally insured by NCUA.**
© 2017 Navy Federal NFCU 50HL (1-17)

PO Box 3000 Merrifield VA 22119-3000

Q-19
(2-1)

# Contact CIA

## CONTACT CIA ONLINE →

## Submission Sent

Contents
**General Questions and Comments** ⌄

**4E8K6MQA**

Close

# General Questions and Comments

The Office of Public Affairs (OPA) handles all questions about the Agency. We read every letter and online message, directing comments to CIA officials and responding as appropriate. Before contacting CIA, be



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/786,339 | 12/29/2018 | | 70 | | | |

Maceo Calvin Williams Jr
3268 Woodrock Lane
Snellville, GA 30078

**CONFIRMATION NO. 3361**
**FILING RECEIPT**



OC000000105101196

Date Mailed: 01/16/2019

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Maceo Calvin Williams JR., Snellville, GA;

**Applicant(s)**

Maceo Calvin Williams JR., Snellville, GA;

**Power of Attorney:** None

**Permission to Access Application v     rity Document Exchange:** No

**Permission to Access Search Result:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB    or Form F;U/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 01/15/2019

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/786,339**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

Lightning Strike Sale Process

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

**Mail body: Fwd: Message from FAA.gov**

Sent from my iPhone

Begin forwarded message:

**From:** Maceo Williams <prometheusfire333@icloud.com>
**Date:** September 27, 2023 at 6:10:44 PM EDT
**To:** 7-ASO-ATL-FSDO@faa.gov
**Subject: Message from FAA.gov**

There is a Missouri UAV that's been following me and my business partner's including myself for going on two years, there are shooting microwave beams at my heart and head that has caused me hospitalization. I've had to call the police several times, and they have no good intentions, they have taken so much money from me illegally, and lie about everything so I can't file a complaint. When I reached out to the media, they hacked my email and stopped me from even contacting the Atlanta Journal Constitution. They are shooting me with beams that is EMP because they try and take from me, even my authorship to books I've written to cover up thier crime. They have broken up business partnerships, and keep a low flying drone, UAV on me at all times for no reason. I've taken several photos of the issues and have video footage.

My name is Maceo Williams
816-883-6311

Sent from my iPhone

# Office DEPOT OfficeMax
## complimentary fax cover sheet

number of pages including cover sheet: ___1___

attention to: __FAA Complaint (Emergency)__  date: __9-27-2023__

company: _____  from: __Maceo Williams__

phone #: __404-474-5700__  company: _____

fax #: __404-474-5250__  sender's phone #: __816-883-6311__

sender's email: __Prometheusfire830@icloud.com__

comments: _____

_____

_____

_____

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
|  |  |  |
| $1.50  2065527 | $1.79  833071 | $4.99  833191 |

self service
international per page



$3.99  2064240

Depot|max Store 2262
3230 Holcomb Bridge
Norcross, GA 30092
P: 678.966.9424
OfficeDepot@PrintMe.com

## Office DEPOT OfficeMax

Rev 10/20

**From:** Stanley Bennifield (Support) tier1@ajc.zendesk.com

**Subject:** [The Atlanta Journal-Constitution] Re: [EXTERNAL] Detailed Complaint with supporting evidence (Life at Risk)

**Date:** May 31, 2023 at 11:21:50 AM

**To:** Maceo Williams prometheusfire333@icloud.com

**Cc:** customercare@ajc.com customercare@ajc.com, **CNNTips** tips@cnn.com, **Newstipsatlanta** newstipsatlanta@fox.com, **ajcprivacy@coxinc.com** ajcprivacy@coxinc.com, **Iteamatlanta** iteamatlanta@fox.com, **Help** help@cnn.com, **Tdunn** tdunn@cityoflilburn.com, **News** news@kmbc.com, **Tvclosedcaption** tvclosedcaption@cbs.com, **Gc-policeops** gc-policeops@gwinnettcounty.com, **Gloria Butler** gloria.butler@senate.ga.gov, **Help** help@foxnews.com, **Coaefast** coaefast@gaappeals.us, **Don Ledford** don.ledford@usdoj.gov, **Civilrecords** civilrecords@courts.mo.gov, **Mcbath** mcbath@house.gov, **Info** info@nccapatlanta.org, **Atlantacitycouncil** atlantacitycouncil@atlantaga.gov, **Christina Slavik** christina.slavik@gwinnettcounty.com, **Erin Kotowski** erin.kotowski@gwinnettcounty.com, **Zolewis** zolewis@atlanta.gov, **Burt Jones** burt.jones@ltgov.ga.gov, **Wdcoa** wdcoa@courts.mo.gov

Your request (96341) has been updated. To add additional comments, reply to this email.



**Stanley Bennifield** (The Atlanta Journal-Constitution)

Hello Mr. Williams,

Thank you for reaching out to us at the Atlanta Journal-Constitution.

Please accept our sympathies during your adverse times. You can reach out to our investigative team at - https://www.ajc.com/pf/newsroom/investigations/

Thanks again for reaching out to us and we wish you well.

**Stanley Bennifield**

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

Plaintiff

vs                                          Civil Action File No:_____

_____

_____

Defendant

vs

_____

_____

Third Party Defendant

### Summons Third Party Complaint

To the above-named third party defendant:

You are hereby summoned and required to file with the clerk of this court and serve upon

_____, plaintiff's attorney whose address is _____

_____, and upon _____,

who is attorney for the defendant and third party plaintiff, and whose address is _____

_____, an answer to the third-party complaint which is

herewith served upon you, within 30 days after the service of this summons upon you exclusive of

the day of service. If you fail to do so, judgment by default will be taken against you for the relief

demanded in the third-party complaint. There is also served upon you herewith a copy of the

complaint of the plaintiff which you may but are not required to answer.

This_____ day of_____, 20____.

_____

Deputy Clerk

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Fax #
703-613-3007

Dear Coordinator:

Under the Freedom of Information Act,
5 U.S.C. Subsection 552, I am requesty Information
or records on Maceo Williams, as Clearly and
Specifically as possible, including all records of myself,
which is Maceo Williams, and any programs related
to Maceo Williams

If you deny any parts of my request, please
specify any specific exemption you think justify your
refusal to release the information and notify me of
appeal procedures avaibe under the Law.

Please ship U.S.P.S, United States Postage
in physical print to 3268 woodrock Ln. Snellville Ga. Sd

Sincerely,
Maceo Williams
3268 woodrock Ln
Snellville, Ga. 30078

From: **CivilRecords@courts.mo.gov**

Subject: **Re: Case 2116-cv-19352**

Date: **June 20, 2023 at 11:15:50 AM**

To: **Maceo Williams** prometheusfire333@icloud.com

Cc: **civilrecords@courts.mo.gov, kalsobrook@dsyarttaylor.com, Track
Judy** mjudy@dysarttaylor.com.trackapp.io

---

These are all correct. There is not a charge, judgment or sentence issued on this case. There are not any hearings set
and there is not a civil judgment entered.

CONFIDENTIALITY NOTICE: This e-mail message, including attachments, if any, is intended only for the person or entity
to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use,
disclosure, or distribution of this communication, or information contained herein, is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the
intended recipient, but do not wish to receive communications through this medium, please advise the sender
immediately.

From:     "Maceo Williams" <prometheusfire333@icloud.com>
To:       civilrecords@courts.mo.gov, "Track Judy" <mjudy@dysarttaylor.com.trackapp.io>, kalsobrook@dsyarttaylor.com
Date:     06/20/2023 10:03 AM
Subject:  Case 2116-cv-19352

This is Maceo Williams, and this is the message I received when trying to pull up the
court orders, it states "civil information is not available





## FRONTIER
LOW FARES DONE RIGHT

**Maceo Williams**



Mar 01, 2023

# FLL ✈ ATL

Fort Lauderdale, FL
4:02 PM

Atlanta, GA
6:06 PM

**Flight 1363** | Nonstop

---

Gate - **C9**    Seat - **29A**

**Boarding Starts - 3:17 PM**

Zone
**3**

**Doors Close - 3:47 PM**

---

✕ NO CARRY-ON BAG

SEQ: 65

Confirmation Code: **TJCZ4R**



**11:04**

◀ Amazon
amazon.com

**Order Placed:** October 7, 2022
**Amazon.com order number:** 113-3314200-8974629
**Order Total: $280.89**

| Shipped on October 9, 2022 | |
|---|---|
| **Items Ordered** | Price |
| 1 of: *LaserPecker 1 Laser Etcher, Portable Laser Engraver Mini DIY Laser Engraving Machine, Compressed Spot High Precision Small Laser Engraver for Logo Craft Custom Engrave - Gold*<br>Sold by: LaserPecker (seller profile)<br><br>Condition: New | $259.00 |

**Shipping Address:**
Maceo Williams
3268 WOODROCK LN
SNELLVILLE, GA 30078-6806
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:**<br>Visa | Last digits: 9205 | Item(s) Subtotal: $259.00<br>Shipping & Handling: $5.99<br>————<br>Total before tax: $264.99<br>Estimated tax to be collected: $15.90<br>———— |
| **Billing address**<br>Maceo Williams<br>3268 WOODROCK LN<br>SNELLVILLE, GA 30078-6806<br>United States | **Grand Total: $280.89** |
| **Credit Card transactions** | Visa ending in 9205: October 9, 2022: $280.89 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

AA        🔒 amazon.com        ↻

‹        ›

13 of 27



This incident has been reported to the
**Atlanta Police Department**
and is pending approval

Atlanta Police Department
226 Peachtree Street SW
Atlanta, GA 30303
404-614-6544

**General Information**
Incident Type
Tracking Number
Report Date

Lost Property
T23004187
03/16/2023 10:55 AM

**Reporting Person Information**
Name
Home Address
Email
Race
Ethnicity
Sex
DOB
Driver License No
Licensing State

Williams, Maceo
169 TRINITY Avenue Southwest, ATLANTA, GA 30303, US
prometheusfire071@gmail.com
Black or African American
Not Hispanic Or Latino
Male
03/11/1984
011A324003
MO

**Incident Information**
Incident Location
Incident Time (start)
Incident Time (end)
Location Type

169 TRINITY Avenue Southwest, ATLANTA, GA 30303
03/15/2023 07:45 AM
03/16/2023 10:45 AM
Hotel/ Motel/ Etc.

**Property Information**
**No 1**
Type
How Many
Market Value ($)
Property Description

Documents/ Personal Or Business
2
33333333
Jewish Prophecy Religious Material

**Narrative**

Anti-Semitism

Steve at Atlanta Recovery today told me that yesterday, my property was mistakenly packed off my bed. He was the person who packed it. He stated it was odd for him to see my suit case unziped. I am a Jew who activly practice animal sacrafices in my religion.

Incident Description

Specifically, someone unzipped my suitcase, took out religious property, a prophecy journal took two pages ripped out the Jewish Book of Prophecy about the Jewish God Hashem and Jesus Christ.

Print This Report

12 of 27

← **Options**

Get notified about new activity

### Share photo location
Let others see where your shared photos
were taken. Learn more

### Collaborate
Let others add their photos

### Comments & likes
Let others respond

### Link sharing
Let anyone with the link see photos and
people in this album

( Copy link )

**Members**

+    Invite people

(P)    Phoenix Capital

(👤)    Google User        ⋮

|||     ◯     ‹

←                                  💬  ⋮

(🔗)  P  D  +

📷 Add photos        🛒 Order photos





|||            ◯            ‹

← **Options**

Get notified about new activity          ⬤

**Share photo location**
Let others see where your shared photos
were taken. Learn more                    ⬤

**Collaborate**
Let others add their photos               ⬤

**Comments & likes**
Let others respond                        ⬤

**Link sharing**
Let anyone with the link see photos and
people in this album                      ⬤

( Copy link )

Members

+   Invite people

(P)   Phoenix Capital

(D)   Desiree Christy          ⋮



|||          ◯          ‹

←   Options

Sharing

Notifications
Get notified about new activity       ⬤

Link sharing
Let anyone with the link see photos and
people in this album

( Copy link )

Members

\+   Invite people

Ⓛ   Louise Martini          ⋮

🖼   Phoenix Capital     Leave Album

|||      ◯      ‹



■■ Microsoft

Sign out

omments ⌀ Viewing ˅

ble Editi

EC

**Emergency CSpecialist**
EmergencyCSLLC@outlook.com
My Microsoft account
Office user info

MW **Maceo Williams**
admin@emergencycleanspecialist.c...
⋯

M **mallorywilliams**
mallorywilliams@emergencycleansp...
⋯

P privateequity333@gmail.com
privateequity333@gmail.com
⋯

C calendar@mokanhomeimprovem...
calendar@mokanhomeimprovemen...
⋯

MW **Maceo Williams**
⋯

Sign out

here to search

12:50 AM
11/2/2022

ew   View   Help   Acrobat

safer to stay in Protected View.   Enable E



■■ Microsoft          Sign out      Comments   ⎙ Viewing ⌄

**Emergency CSpecialist**
EmergencyCSLLC@outlook.com
My Microsoft account
Office user info

**Maceo Williams**
admin@emergencycleanspecialist.c...   •••

**mallorywilliams**
mallorywilliams@emergencycleansp...   •••

**privateequity333@gmail.com**
privateequity333@gmail.com          Sign out

**calendar@mokanhomeimprovem...**
calendar@mokanhomeimprovemen...   •••

**Maceo Williams**

1

Eastern District of Tennessee  ⌄

form. This form is for making a claim for payment in a bankr
ative expense. Make such a request according to 11 U.S.C. (

ut is entitled to privacy on this form or on any attached documer
issory notes, purchase orders, invoices, itemized statements of
end original documents; they may be destroyed after scanning. If the documents are not available

fined up to $500,000, imprisoned for up to 5 years, or both  18 U S C §§ 152 157, and 3571

of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

←     ⋮

# Williams v. Capital Vacations, LLC, et al. [M&M-content.33261.0001] ★

Inbox

**Eileen Rumfelt** Oct 10

to me, Jimmy ⌄

 ⋮



Mr. Williams,

This law firm has been engaged to represent the entities Capital Vacations, LLC and Capital Vacations Employee Group, LLC with respect to the lawsuit you have recently filed in the State Court of Gwinnett County, Civil Action No. 22-C-05407-S2. We are reviewing the file, including your request to acknowledge service, and will be in touch shortly. Please direct any future correspondence regarding the litigation to my attention. We reserve all rights and defenses.

Thank you.

**Eileen Hintz Rumfelt**

**d** (404) 962-6129
**f** (404) 962-6329
Suite 2100 | 1180 W Peachtree
Street, NW | Atlanta, GA 30309





 
## Google Admin Toolbox

| | |
|---|---|
| **MessageId** | BN7PR08MB4179D3B8D686B6FFC7AECF45AC299@BN7PR08MB4179 namprd08 prod outlook com |
| **Created at:** | 10/17/2022, 2 29 50 PM EDT ( Delivered after 5 sec ) |
| **From:** | Ronald Baker <rb@bakercolaw com> |
| **To:** | Maceo WilliamsTrust <maceowilliamstrust@gmail com> |
| **Subject:** | Re Mediation Reservation (Case Number # 22-C-05407) |
| **SPF:** | pass with IP 148 163 129 52 |
| | Learn more |
| **DKIM:** | pass with domain NETORG5611055 onmicrosoft com |
| | none |
| | Learn more |
| **ARC:** | **SPF:** pass with domain bakercolaw com |
| | **DKIM:** pass with domain bakercolaw com |
| | **DMARC:** pass with domain bakercolaw com |



| Attachment Filename | Content-Type |
|---|---|
| **image.png** | image/png |
| **Outlook-4bbaswtf.png** | image/png |
| **Outlook-z2he4xcw.png** | image/png |

| # | Delay | From | | To |
|---|---|---|---|---|
| | | BN7PR08MB4179 namprd08 prod outlook com | → | BN7PR08MB4179 namprd08 p |
| | | BN7PR08MB4179 namprd08 prod outlook com | → | PH0PR08MB7051 namprd08 p |
| | 3 sec | mail-mw2nam10lp2107 outbound protection outlook com | → | mx1-us1 ppe-hosted com |
| | | unknown | → | mx1-us1 ppe-hosted com |
| | 2 sec | dispatch1-us1 ppe-hosted com | → [Google] | mx google com |
| | | | · [Google] | 2002 a05 6638 168a b0 364 7: |
| | | | · [Google] | 2002 a05 7010 3703 b0 30b 2: |

←

### Windows

Pooler, GA, USA
Last activity. October 4, 10 17 AM
Signed out

First sign-in Oct 4

This session was used only briefly, and not recently. It's already ended and has no access to your account

⑦ **Don't recognize something?**

RECENT ACTIVITY

- Pooler, GA, USA   Oct 4

BROWSERS, APPS, AND SERVICES

🌐   Google Chrome

Browsers, apps, and services that had some access to your account on the device

## Activate device admin app

 **Policy Controller**

Activating this admin app will allow Policy Controller
to perform the following actions

- **Erase all data**
  Erase the phone's data without warning by
  performing a factory data reset.

- **Change the screen lock**
  Change the screen lock.

- **Set password rules**
  Control the length and the characters allowed in
  screen lock passwords and PINs

- **Monitor screen unlock attempts**
  Monitor the number of incorrect passwords typed.
  when unlocking the screen, and lock the phone or
  erase all the phone's data if too many incorrect
  passwords are typed.

- **Lock the screen**
  Control how and when the screen locks.

- **Set screen lock password expiration**
  Change how frequently the screen lock password,
  PIN, or pattern must be changed.

- **Set storage encryption**
  Require that stored app data be encrypted.

- **Disable cameras**
  Prevent use of all device cameras.

- **Disable some screen lock features**
  Prevent use of some screen lock features.



|||　　　　　◯　　　　　‹

## Activate device admin app

 **Find My Device**

Activating this admin app will allow Google Play services to perform the following actions:

- **Erase all data**
  Erase the phone's data without warning by performing a factory data reset.

- **Change the screen lock**
  Change the screen lock.

- **Lock the screen**
  Control how and when the screen locks.

- **Disable some screen lock features**
  Prevent use of some screen lock features.



## Activate device admin app



**⬛ Outlook Device Policy**

Activating this admin app will allow Outlook to
perform the following actions:

- **Monitor screen unlock attempts**
  Monitor the number of incorrect passwords typed.
  when unlocking the screen, and lock the phone or
  erase all the phone's data if too many incorrect
  passwords are typed.

- **Lock the screen**
  Control how and when the screen locks

- **Set storage encryption**
  Require that stored app data be encrypted.



Enabled

|||     ◯     ‹

## Activate device admin app

 **Find My Device**

Activating this admin app will allow Google Play
services to perform the following actions

- **Erase all data**
  Erase the phone's data without warning by
  performing a factory data reset.

- **Change the screen lock**
  Change the screen lock.

- **Lock the screen**
  Control how and when the screen locks.

- **Disable some screen lock features**
  Prevent use of some screen lock features.



Cancel                    Activate

|||          ○          ‹

PLEADING TITLE - 19

## Activate device admin app

 **Policy Controller**

Activating this admin app will allow Policy Controller
to perform the following actions

- **Erase all data**
  Erase the phone's data without warning by
  performing a factory data reset.

- **Change the screen lock**
  Change the screen lock.

- **Set password rules**
  Control the length and the characters allowed in
  screen lock passwords and PINs.

- **Monitor screen unlock attempts**
  Monitor the number of incorrect passwords typed.
  when unlocking the screen, and lock the phone or
  erase all the phone's data if too many incorrect
  passwords are typed.

- **Lock the screen**
  Control how and when the screen locks.

- **Set screen lock password expiration**
  Change how frequently the screen lock password,
  PIN, or pattern must be changed

- **Set storage encryption**
  Require that stored app data be encrypted.

- **Disable cameras**
  Prevent use of all device cameras.

- **Disable some screen lock features**
  Prevent use of some screen lock features.

Cancel          Uninstall          Activate

|||               ◯               ‹



## Activate device admin app

**◯** **Outlook Device Policy**

Activating this admin app will allow Outlook to
perform the following actions:

- **Monitor screen unlock attempts**
  Monitor the number of incorrect passwords typed,
  when unlocking the screen, and lock the phone or
  erase all the phone's data if too many incorrect
  passwords are typed.

- **Lock the screen**
  Control how and when the screen locks.

- **Set storage encryption**
  Require that stored app data be encrypted.

Enabled

**Cancel**       **Uninstall**       **Activate**

|||            ◯            〈

PLEADING TITLE - 17

## Activate device admin app

 **Policy Controller**

Activating this admin app will allow Policy Controller
to perform the following actions



- **Erase all data**
  Erase the phone's data without warning by
  performing a factory data reset.

- **Change the screen lock**
  Change the screen lock.

- **Set password rules**
  Control the length and the characters allowed in
  screen lock passwords and PINs.

- **Monitor screen unlock attempts**
  Monitor the number of incorrect passwords typed.
  when unlocking the screen, and lock the phone or
  erase all the phone's data if too many incorrect
  passwords are typed.

- **Lock the screen**
  Control how and when the screen locks.

- **Set screen lock password expiration**
  Change how frequently the screen lock password,
  PIN, or pattern must be changed.

- **Set storage encryption**
  Require that stored app data be encrypted.

- **Disable cameras**
  Prevent use of all device cameras.

- **Disable some screen lock features**
  Prevent use of some screen lock features.

Cancel　　　　Uninstall　　　　Activate

|||　　　　　　○　　　　　　‹

PLEADING TITLE - 18

## Activate device admin app

 **Find My Device**

Activating this admin app will allow Google Play
services to perform the following actions:

- **Erase all data**
  Erase the phone's data without warning by
  performing a factory data reset.

- **Change the screen lock**
  Change the screen lock.

- **Lock the screen**
  Control how and when the screen locks.

- **Disable some screen lock features**
  Prevent use of some screen lock features.



**Cancel**　　　　　　**Activate**

|||　　　　○　　　　〈

# Activate device admin app



**‣** **Outlook Device Policy**

Activating this admin app will allow Outlook to
perform the following actions:

· **Monitor screen unlock attempts**
  Monitor the number of incorrect passwords typed.
  when unlocking the screen, and lock the phone or
  erase all the phone's data if too many incorrect
  passwords are typed.

· **Lock the screen**
  Control how and when the screen locks.

· **Set storage encryption**
  Require that stored app data be encrypted.

Enabled

| Cancel | Uninstall | Activate |
|--------|-----------|----------|
| \|\|\| | ◯ | ‹ |

< User certificates

 **FindMyMobile**
installed for VPN and apps



Certificate details

FindMyMobile
installed for VPN and apps

This entry contains
    user key
    user certificate
    CA certificate

       Remove



< Profile picture sharing

## Off



Show your contacts' most recent profile pictures in
Samsung apps. You can let them see your profile picture
too by adding your phone number. **Learn more**

Refresh connections

Plug in contact

|||      ◯      <



**Off** 

012 3456 7890

**?**

**Use Hiya to identify spam and scam callers as well as other callers who aren't in your contacts.**

Block spam and scam calls 

Caller ID and spam protection

Your data will be processed according to Hiya's **Privacy Policy**. This feature will be provided according to Hiya's **Terms of Service**.


# Gallery settings

## Sync with OneDrive

Sync your pictures and videos with the Samsung Gallery folder in OneDrive.

**privateequity333@gmail.com**

## Viewing options

Full screen scrolling

Auto play motion photos

## Stories

Auto create stories

## Hide content

Customization Service
**Not in use**

||| ◯ ‹



# Activate device admin app

 **Outlook Device Policy**

Activating this admin app will allow Outlook to
perform the following actions:

- **Monitor screen unlock attempts**
  Monitor the number of incorrect passwords typed.
  when unlocking the screen, and lock the phone or
  erase all the phone's data if too many incorrect
  passwords are typed.

- **Lock the screen**
  Control how and when the screen locks.

- **Set storage encryption**
  Require that stored app data be encrypted.



Enabled

Cancel          Uninstall          Activate

|||     ◯     ‹

Visit the Amazon Renewed Store    ★★★⯪☆ 50
HP EliteDesk 800 G1 SFF Business High Performance Desktop
Computer PC (Intel Quad Core i7 4770 3.4G,12G RAM
DDR3,240G SSD+2T HDD,DVD,HDMI,WiFi,Bluetooth 4.0,W10P64)
(Renewed)

🌿 Climate Pledge Friendly



Enhance your purchase

Payment plans

1 option from $21.45/mo at example APR of 30%
(rates from 10-30% APR)

| One-time payment | Affirm (approval required) | |
|---|---|---|

III    ◯    ‹

Marcus

I own this
Computer, it was
Purchased under my
name, and shipped
to my old Apartment
In Missouri, 6801 N.
Oliver St.
Gladstene
MO
64118



2600:1901:0:5bf7::

[ |2600:1901:0:5bf7/ |

0          0          12

Kansas City, MO, United States

Google Cloud    Google LLC



35.227.249.185

35.227.249.185

0                0                14

Files

Kansas City, MO, United States

Google Cloud    Google LLC





← **Logs**                    🔍  ▼  ⋮

**18.67.79.207**
Sat, 29 Oct 12:30:07 PM

35.186.224.25              ⧉  ✕

          ⧉ 35.186.224.25

7          0          26

Kansas City, MO, United States

Google Cloud    Google LLC



Wed, 26 Oct 6:54:09 PM

**Network Cell Info Lite** >



40.70.161.7

40 70 161 7

M

1          1          1

Boydton, VA. United States

Microsoft Azure Cloud (eastus2)    Microsoft Corporation

Boydton






34.117.254.173

34.117.254.173

0          0          15

Kansas City, MO United States

Google Cloud    Google LLC

PLEADING TITLE - 11



12 32

18.67 79.207

18 67 79.207

1     1     0

Washington, DC, United States

AWS CloudFront (GLOBAL)   Amazon.com, Inc.









PLEADING TITLE - 6



PLEADING TITLE - 8

of Georgia: Art. VI, Sec. IX, Par. I of the 1983 Constitution of the State of Georgia to Implement Art. VI, Sec. I, Par. VIII of the 1983 Constitution that "Any court shall transfer to the appropriate court in the State any civil case in which it determines that jurisdiction or venue lies elsewhere?

Pursuant to the Georgia Uniform Transfer Rules "T-2", "T-3", "T-7", Fulton County, OCGA 9-11-12.

ERIKA SUMNER
COMMISSION EXPIRES
NOTARY
PUBLIC
GWINNETT COUNTY, GEORGIA
MARCH 16, 2026

Maceo Williams
816-883-6311
3268 woodrock Ln.,
Snelville, Ga. 30078

'Signed or attested
before me on
November 02, 2022'

# Sworn Affidivate Affidavit

Maceo Williams has provided over 98 pages of evidence in this amendment to support a transfer of venue.

# Procedural Background

The Federal Government intercepted a mail package at Kansas City Postal Office, pursuant to package number 9400136020530998996430 2 USPS.

A Computer Chip for human implantation was exchanged for my mail I ordered.

See first page of the package, because the person

②

Who organized the intercept of my mail, for a Computer Chip implant for the United States of America, is the same persons who crossed state lines, In excess of their Jurisdiction, to have me Involuntary Terminated from employment, at Capital Vacations Employment Group LLC, and Capital Vacations LLC, here in the State of Georgia

The person responsible is Missouri Judge Charles McKenzie, and Attorney General Eric Schmit.

They wanted me to take the Computer Chip on behalf of the United States Government, implanted in my body. It was not the package I ordered. The tracking number showed each stop from Marysville, WA, to Kansas City, to Atlanta Georgia.

The person responsible for hacking me, my computers, my phones, and took over my emails, in the Missouri Case # 2116-CV19353, whereas the Plaintiff loss over $100,000 dollars of his own earnings.

These Foreign Government enitities, and bad actors infiltrated my place of employment her in Georgia, and used pass-through Agent Eileen Bumfelt, Jimmy Daniels and Capital Vacation employees, to have me terminated.

I had proof of All my emails for each case, pursant to Discovery rules. Macco williams have Logged Into his emails at Gwinnett County Court house Law Library. I ③ Created my "protonmail," emails at your Courthouse, on Camera. I Logged Into my emails here at the Courthouse a few days ago. And as of todate, The Federal Government,

Missouri Government, and Capital Vacations employers, stole my email account, so I would not have evidence to prove the computer chip implantation, and my case in court.

This is a special circumstance, whereas I would like to request the Courts, to allow me to sue a foreign Government Judge for Hacking my Computer, taking my phone and giving my ex-employer nude pictures of me, likes in women. Judge Charles McKenzie, and Attorney General is wrong in its Tort, to have me terminated from work, intercept my mail and put a United States computer chip for implant.

I request from this Judge to give me a special injunction to retrieve my email accounts, and virtual property they stole from me in the last week hacking. They stole over 500,000 documents, computer software, and computer keys. So, since I have no email accounts:

Maceowilliamstrust@gmail.com                    phoenixbank@gmail
maceowilliamstrust@protonmail.com
privateequity333@gmail.com
Maceowilliamstrust.securitypolicy@protonmail.com

I have now lost over 400,000 dollars, my place of employment all of my social media accounts, amazon and etc. Your email accounts is used for creditials to log on to other accounts. My reciepts for my purchases at amazon is based on my emails.

Page one of exhibit is a copy of the computer I purchased. The EEOC is involved in this as well, Thats why washington D.C. was hacking me as

well.

All I.P. Addresses was traced back on gps.
Exhibit 2-30 (pages) are the exact coordinates of
the Hackers. I, Maceo Williams, resides in
Snellvill Ga. How irronic, is that Jackson
County Courthouse is the direct Coordinates
of the Illegal hacky has happened. The News
was in those emails regarding the criminal behavior
of the courts in Missouri.

IP addresses: 2600:1901:0:56f7::443
35.227.249.185:443
18.67.79.207:443 (washington)
35.186.224.25:443
34.117.254.173:443
18.16.79.207:443 (washington)
34.149.159.73:443
2600:1901:0:16a9
193.122.140.158 (Virginia)
2600:1901:0:e608
34.117.254.173

Eight of these I.P. Addresses are from Kansas
City, but specfically Jackson County Courthouse Missouri.
These CyberIntelligent Units, A reconnaissance, and
CyberTelenetry attacks also comes from William Wault
because he, and Desiree Christy is deeply invoilded in
this situation. Because while I was at work at ⑤

Capital Vacations Employment Group LLC, In a recorded managers meeting, conducted by him, Judge Charles McKenzie, Attorney General Eric Schmitt. And Capital Vacations employees in Missouri.

Exhibit Pages (34)-(40) is the "Digital Fingerprints" of the hackers "Security Certificate Trust" Was what allowed me to trace Carlos Alejandro his "Schoology" Dark web mode, and how his Microsoft Edge Extension Was found in my hacked computer, His fingerprints (Digital Fingerprints) CA Certificates, and his style of hacky Was how he suspect to the situation. But after he was identified, he destroyed any evidence of his name off my ipad. (Carlos Alejandro, soy la dark web) Came to be discovered. However, Jackson county courts are the center of the deprivation, of my rights of the illegal hacking and psy cyber attackes.

Pages (41) through (45) are pinging, tracing routes that aided as tools in my investigation

(46) through (48) are the constant experences I Maceo Williams was experiency about the suspicious actives related to my gmail account.

(6)

(49) - (53) are additional digital fingerprints as well

(54) (59) Are the third party Apps on my Galaxy Note 10 plus, that was hacked, instructy

Me, Maceo Williams about how, this certifate of Authority security professionals, cybersecurity Identified the same problem in security.

Page 5 (60) (62)

Are copies of my phone being forwarded to another number. It is believed that the number that my calls, text, and etc that was forwarded. Was replaced in my phone under "Message Center" Because my phone is registered under T-Mobile, MetroPCS. But on the eighth of October, that number changed with the hacking

Pages (63) (72) Is that, in my photos of my google email, privatequity333@gmail.com, during the hacks, Desiree Christy, "google user" and Louise (?) Martini, was found with their email attached to my email through a link. Thats why he is is also, outside of being my previous supervisor at Capital vacations, implicated in the hacks.

A previous employer of mines, who never paid me my $5,000, was seen with his calendar attached to mine. Mr. Jeffery at MoKan home Improvement is directly tied to this Hacking incident

as well, because he had established an account into my Microsoft office Account, see page 68, and 69, And Eileen Rumfelt and Jimmy danial, was the two primary pass-through agents, representing Capital Vacations legally, who help orchestrate the events for the forlegh government of Missiouri, to operate in the State of Georgia that got me terminated for the two Masterminds, Attorney General Eric Schmitt, and Judge Charles McCurie.

Exhibits 73 & 89 are misc, on destructive apps placed in my phone, to ease all my data, control my passwords Lock me out my phone, and etc.

The last few days, the Cyber intelligent units Statted a sublimind communication device, by Communicity through electronics in my car, iPad and etc. Therefore because I knew that routes traced in the IP address, was in both Washington DC, and Virginia. I therefore knew it was federal. Because this case is related to Desiree Christy with AR-15's and guns posted at Capital Vacations Booth.

I tipped off the federal cybersurveilloce team about more guns at a hotel to help my government as a patriot, to give them more leads. In return, they never gave me back my phone, and destroyed my "Call Center" through hacks my computer more aggressively.

Therefore, my sworn Affidavit in this Motion to Transfer this case to Fulton County. Where the primary to Pass-through Agents who worked for, the Attorney General Eric Schmit ad Mr. Charles McKinzie, is who told me I was terminated from employment illicitly. Therefore, from the interception of my USPS mail, to replace my order I purchased, with a computer chip Implant for the United States of America, and by representing the company Capital Vacations, and having the nudity at my personal items spread throughout Capital Vacations, is outright disrespectful. Mr. Eric Schmit, and Charles McKinzie infiltrated my operations, and work, and controled me, to have me ordered for a involuntary termination, leaves me at prayer before this court.

## Proposed Order

The plantiff needs and order to retrieve his email accounts, on my own behalf, directed at Google and Protonmail to assign my accounts back to its owner, with a full transcript.

Secondly, to order this Motion, and case be transfered to Fulton County, where as Jurisdiction, and venue is proper. Primarily, because Gwinnitt State Court gave me a miscarrise of Injustice, and turned a blind eye on

the incident as it occured.

11/2/2022

Very Truly Yours,
MACEO Williams

816 - 883 - 6311
~~xxxx~~ 3A00 Woodrock Ln
Snellville, Ga. 30078

'Signed or attested
before me on
November 02, 2022 "

ERIKA SUMNER
MY COMMISSION EXPIRES
NOTARY
PUBLIC
MARCH 18, 2026
GWINNETT COUNTY, GEORGIA

"Maceowilliamstrust@gmail.com
Maceowilliamstrust@protonmail.com
Privatequity333@gmail.com
Maceowilliamstrust.securitypolicy@proton
mail.com
Current email updated→MaceowilliamsOrionsBelt.securitypolicy@proton
until I recover the additional Hacked accounts                    mail.
com

## Certificate of Service

Representatives of Capital Vaction Employment Group LLC, You
are herby served via usp Mail, and electronic methods
such as email this day 11/2/2022

Jimmy Daniels
Regions Plaza Suite 2100
1180 West Peachtree St, NW
Atlanta, Georgia 30309
404-362-6100

Eileen Rumfelt
Regions Plaza Suite 2100
1180 West Peachtree St NW
Atlanta, Ga. 30309
404.962.6129

# Exhibits

Originally this was a 757 page brief, but I decided to cut it down to 98 pages. Please see all exhibits

Respectfully Yours,

Maceo Williams